# Appendix A



US006530329B2

(12) **United States Patent**    (10) Patent No.:    **US 6,530,329 B2**

Katzer    (45) Date of Patent:    *Mar. 11, 2003

(54) **MODEL TRAIN CONTROL SYSTEM**

(75) Inventor: **Matthew A. Katzer**, 1416 NW. Benfield Dr., Portland, OR (US) 97229

(73) Assignee: **Matthew A. Katzer**, Hillsboro, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/124,878**

(22) Filed: **Apr. 17, 2002**

(65) **Prior Publication Data**

US 2002/0170458 A1 Nov. 21, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/858,222, filed on Apr. 17, 2002, now Pat. No. 6,460,467.

(51) Int. Cl.[7] ............................................. **A63H 19/00**

(52) U.S. Cl. .................. **105/1.5**; 246/167 R; 246/197; 246/62

(58) Field of Search ........................ 105/1.5, 1.4, 29.2; 246/187 A, 167 R, 197, 62; 701/20

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,944,986 | A | | 3/1976 | Staples | |
| 3,976,272 | A | | 8/1976 | Murray et al. | |
| 4,307,302 | A | | 12/1981 | Russell | |
| 4,853,883 | A | * | 8/1989 | Nickles et al. | .............. 348/121 |
| 5,072,900 | A | | 12/1991 | Malon | |

| | | | | | |
|---|---|---|---|---|---|
| 5,475,818 | A | * | 12/1995 | Molyneaux et al. | .......... 701/20 |
| 5,493,642 | A | | 2/1996 | Dunsmuir et al. | |
| 5,638,522 | A | | 6/1997 | Dunsmuir et al. | |
| 5,681,015 | A | * | 10/1997 | Kull | ........................ 246/167 R |
| 5,696,689 | A | | 12/1997 | Okumura et al. | |
| 5,787,371 | A | * | 7/1998 | Balukin et al. | ......... 246/187 A |
| 5,828,979 | A | | 10/1998 | Polvka et al. | |
| 5,896,017 | A | | 4/1999 | Severson et al. | |
| 5,940,005 | A | | 8/1999 | Severson et al. | |
| 5,952,797 | A | | 9/1999 | Rossler | |
| 6,065,406 | A | * | 5/2000 | Katzer | ........................ 105/1.4 |
| 6,267,061 | B1 | | 7/2001 | Katzer | |
| 6,270,040 | B1 | | 8/2001 | Katzer | |

OTHER PUBLICATIONS

Chapell, David, Understanding ActiveX and OLE, 1996, Microsoft Press, Redmond.

* cited by examiner

*Primary Examiner*—William A. Cuchlinski, Jr.
*Assistant Examiner*—Olga Hernandez
(74) *Attorney, Agent, or Firm*—Chernoff, Vilhauer, McClung & Stenzel, LLP

(57) **ABSTRACT**

A system which operates a digitally controlled model railroad transmitting a first command from a first client program to a resident external controlling interface through a first communications transport. A second command is transmitted from a second client program to the resident external controlling interface through a second communications transport. The first command and the second command are received by the resident external controlling interface which queues the first and second commands. The resident external controlling interface sends third and fourth commands representative of the first and second commands, respectively, to a digital command station for execution on the digitally controlled model railroad.

**27 Claims, 3 Drawing Sheets**



Case 3:06-cv-01905-JSW   Document 1-1   Filed 03/13/06   Page 3 of 26



FIG. 1



FIG. 2



FIG. 3

US 6,530,329 B2

1

## MODEL TRAIN CONTROL SYSTEM

This application is a continuation of U.S. patent application Ser. No. 09/858,222 filed on Apr. 17, 2002 U.S. Pat. No. 6,460,467.

### BACKGROUND OF THE INVENTION

The present invention relates to a system for controlling a model railroad.

Model railroads have traditionally been constructed with of a set of interconnected sections of train track, electric switches between different sections of the train track, and other electrically operated devices, such as train engines and draw bridges. Train engines receive their power to travel on the train track by electricity provided by a controller through the track itself. The speed and direction of the train engine is controlled by the level and polarity, respectively, of the electrical power supplied to the train track. The operator manually pushes buttons or pulls levers to cause the switches or other electrically operated devices to function, as desired. Such model railroad sets are suitable for a single operator, but unfortunately they lack the capability of adequately controlling multiple trains independently. In addition, such model railroad sets are not suitable for being controlled by multiple operators, especially if the operators are located at different locations distant from the model railroad, such as different cities.

A digital command control (DDC) system has been developed to provide additional controllability of individual train engines and other electrical devices. Each device the operator desires to control, such as a train engine, includes an individually addressable digital decoder. A digital command station (DCS) is electrically connected to the train track to provide a command in the form of a set of encoded digital bits to a particular device that includes a digital decoder. The digital command station is typically controlled by a personal computer. A suitable standard for the digital command control system is the NMRA DCC Standards, issued March 1997, and is incorporated herein by reference. While providing the ability to individually control different devices of the railroad set, the DCC system still fails to provide the capability for multiple operators to control the railroad devices, especially if the operators are remotely located from the railroad set and each other.

DigiToys Systems of Lawrenceville, Ga. has developed a software program for controlling a model railroad set from a remote location. The software includes an interface which allows the operator to select desired changes to devices of the railroad set that include a digital decoder, such as increasing the speed of a train or switching a switch. The software issues a command locally or through a network, such as the internet, to a digital command station at the railroad set which executes the command. The protocol used by the software is based on Cobra from Open Management Group where the software issues a command to a communication interface and awaits confirmation that the command was executed by the digital command station. When the software receives confirmation that the command executed, the software program sends the next command through the communication interface to the digital command station. In other words, the technique used by the software to control the model railroad is analogous to an inexpensive printer where commands are sequentially issued to the printer after the previous command has been executed. Unfortunately, it has been observed that the response of the model railroad to the operator appears slow, especially over a distributed

2

network such as the internet. One technique to decrease the response time is to use high-speed network connections but unfortunately such connections are expensive.

What is desired, therefore, is a system for controlling a model railroad that effectively provides a high-speed connection without the additional expense associated therewith.

The foregoing and other objectives, features, and advantages of the invention will be more readily understood upon consideration of the following detailed description of the invention, taken in conjunction with the accompanying drawings.

### SUMMARY OF THE PRESENT INVENTION

The present invention overcomes the aforementioned drawbacks of the prior art, in a first aspect, by providing a system for operating a digitally controlled model railroad, that includes transmitting a first command from a first client program to a resident external controlling interface through a first communications transport. A second command is transmitted from a second client program to the resident external controlling interface through a second communications transport. The first command and the second command are received by the resident external controlling interface which queues the first and second commands. The resident external controlling interface sends third and fourth commands representative of the first and second commands, respectively, to a digital command station for execution on the digitally controller model railroad.

Incorporating a communications transport between the multiple client program and the resident external controlling interface permits multiple operators of the model railroad at locations distant from the physical model railroad and each other. In the environment of a model railroad club where the members want to simultaneously control devices of the same model railroad layout, which preferably includes multiple trains operating thereon, the operators each provide commands to the resistant external controlling interface, and hence the model railroad In addition by queuing by commands at a single resident external controlling interface permits controlled execution of the commands by the digitally controlled model railroad, would may otherwise conflict with one another.

In another aspect of the present invention the first command is selectively processed and sent to one of a plurality of digital command stations for execution on the digitally controlled model railroad based upon information contained therein. Preferably, the second command is also selectively processed and sent to one of the plurality of digital command stations for execution on the digitally controlled model railroad based upon information contained therein. The resident external controlling interface also preferably includes a command queue to maintain the order of the commands.

The command queue also allows the sharing of multiple devices, multiple clients to communicate with the same device (locally or remote) in a controlled manner, and multiple clients to communicate with different devices. In other words, the command queue permits the proper execution in the cases of: (1) one client to many devices, (2) many clients to one device, and (3) many clients to many devices.

In yet another aspect of the present invention the first command is transmitted from a first client program to a first processor through a first communications transport. The first command is received at the first processor. The first processor provides an acknowledgement to the first client program through the first communications transport indicating that

US 6,530,329 B2

3

the first command has properly executed prior to execution of commands related to the first command by the digitally controlled model railroad. The communications transport is preferably a COM or DCOM interface.

The model railroad application involves the use of extremely slow real-time interfaces between the digital command stations and the devices of the model railroad. In order to increase the apparent speed of execution to the client, other than using high-speed communication interfaces, the resident external controller interface receives the command and provides an acknowledgement to the client program in a timely manner before the execution of the command by the digital command stations. Accordingly, the execution of commands provided by the resident external controlling interface to the digital command stations occur in a synchronous manner, such as a first-in-first-out manner. The COM and DCOM communications transport between the client program and the resident external controlling interface is operated in an asynchronous manner, namely providing an acknowledgement thereby releasing the communications transport to accept further communications prior to the actual execution of the command. The combination of the synchronous and the asynchronous data communication for the commands provides the benefit that the operator considers the commands to occur nearly instantaneously while permitting the resident external controlling interface to verify that the command is proper and cause the commands to execute in a controlled manner by the digital command stations, all without additional high-speed communication networks. Moreover, for traditional distributed software execution there is no motivation to provide an acknowledgement prior to the execution of the command because the command executes quickly and most commands are sequential in nature. In other words, the execution of the next command is dependent upon proper execution of the prior command so there would be no motivation to provide an acknowledgment prior to its actual execution.

BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. 1 is a block diagram of an exemplary embodiment of a model train control system.

FIG. 2 is a more detailed block diagram of the model train control system of FIG. 1 including external device control logic.

FIG. 3 is a block diagram of the external device control logic of FIG. 2.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to FIG. 1, a model train control system 10 includes a communications transport 12 interconnecting a client program 14 and a resident external controlling interface 16. The client program 14 executes on the model railroad operator's computer and may include any suitable system to permit the operator to provide desired commands to the resident external controlling interface 16. For example, the client program 14 may include a graphical interface representative of the model railroad layout where the operator issues commands to the model railroad by making changes to the graphical interface. The client program 14 also defines a set of Application Programming Interfaces (API's), described in detail later, which the operator accesses using the graphical interface or other programs such as Visual Basic, C++, Java, or browser based applications. There may be multiple client programs interconnected

4

with the resident external controlling interface 16 so that multiple remote operators may simultaneously provide control commands to the model railroad.

The communications transport 12 provides an interface between the client program 14 and the resident external controlling interface 16. The communications transport 12 may be any suitable communications medium for the transmission of data, such as the internet, local area network, satellite links, or multiple processes operating on a single computer. The preferred interface to the communications transport 12 is a COM or DCOM interface, as developed for the Windows operating system available from Microsoft Corporation. The communications transport 12 also determines if the resident external controlling interface 16 is system resident or remotely located on an external system. The communications transport 12 may also use private or public communications protocol as a medium for communications. The client program 14 provides commands and the resident external controlling interface 16 responds to the communications transport 12 to exchange information. A description of COM (common object model) and DCOM (distributed common object model) is provided by Chappel in a book entitled Understanding ActiveX and OLE, Microsoft Press, and is incorporated by reference herein.

Incorporating a communications transport 12 between the client program(s) 14 and the resident external controlling interface 16 permits multiple operators of the model railroad at locations distant from the physical model railroad and each other. In the environment of a model railroad club where the members want to simultaneously control devices of the same model railroad layout, which preferably includes multiple trains operating thereon, the operators each provide commands to the resistant external controlling interface, and hence the model railroad.

The manner in which commands are executed for the model railroad under COM and DCOM may be as follows. The client program 14 makes requests in a synchronous manner using COM/DCOM to the resident external interface controller 16. The synchronous manner of the request is the technique used by COM and DCOM to execute commands. The communications transport 12 packages the command for the transport mechanism to the resident external controlling interface 16. The resident external controlling interface 16 then passes the command to the digital command stations 18 which in turn executes the command. After the digital command station 18 executes the command an acknowledgement is passed back to the resident external controlling interface 16 which in turn passes an acknowledgement to the client program 14. Upon receipt of the acknowledgement by the client program 14, the communications transport 12 is again available to accept another command. The train control system 10, without more, permits execution of commands by the digital command stations 18 from multiple operators, but like the DigiToys Systems' software the execution of commands is slow.

The present inventor came to the realization that unlike traditional distributed systems where the commands passed through a communications transport are executed nearly instantaneously by the server and then an acknowledgement is returned to the client, the model railroad application involves the use of extremely slow real-time interfaces between the digital command stations and the devices of the model railroad. The present inventor came to the further realization that in order to increase the apparent speed of execution to the client, other than using high-speed communication interfaces, the resident external controller interface 16 should receive the command and provide an

US 6,530,329 B2

5

acknowledgement to the client program 12 in a timely manner before the execution of the command by the digital command stations 18. Accordingly, the execution of commands provided by the resident external controlling interface 16 to the digital command stations 18 occur in a synchronous manner, such as a first-in-first-out manner. The COM and DCOM communications transport 12 between the client program 14 and the resident external controlling interface 16 is operated in an asynchronous manner, namely providing an acknowledgement thereby releasing the communications transport 12 to accept further communications prior to the actual execution of the command. The combination of the synchronous and the asynchronous data communication for the commands provides the benefit that the operator considers the commands to occur nearly instantaneously while permitting the resident external controlling interface 16 to verify that the command is proper and cause the commands to execute in a controlled manner by the digital command stations 18, all without additional high-speed communication networks. Moreover, for traditional distributed software execution there is no motivation to provide an acknowledgment prior to the execution of the command because the command executes quickly and most commands are sequential in nature. In other words, the execution of the next command is dependent upon proper execution of the prior command so there would be no motivation to provide an acknowledgment prior to its actual execution. It is to be understood that other devices, such as digital devices, may be controlled in a manner as described for model railroads.

Referring to FIG. 2, the client program 14 sends a command over the communications transport 12 that is received by an asynchronous command processor 100. The asynchronous command processor 100 queries a local database storage 102 to determine if it is necessary to package a command to be transmitted to a command queue 104. The local database storage 102 primarily contains the state of the devices of the model railroad, such as for example, the state of a train, the direction of a train, whether a draw bridge is up or down, whether a light is turned on or off, and the configuration of the model railroad layout. If the command received by the asynchronous command processor 100 is a query of the state of a device, then the asynchronous command processor 100 retrieves such information from the local database storage 102 and provides the information to an asynchronous response processor 106. The asynchronous response processor 106 then provides a response to the client program 14 indicating the state of the device and releases the communications transport 12 for the next command.

The asynchronous command processor 100 also verifies, using the configuration information in the local database storage 102, that the command received is a potentially valid operation. If the command is invalid, the asynchronous command processor 100 provides such information to the asynchronous response processor 106, which in turn returns an error indication to the client program 14.

The asynchronous command processor 100 may determine that the necessary information is not contained in the local database storage 102 to provide a response to the client program 14 of the device state or that the command is a valid action. Actions may include, for example, an increase in the train's speed, or turning on/off of a device. In either case, the valid unknown state or action command is packaged and forwarded to the command queue 104. The packaging of the command may also include additional information from the local database storage 102 to complete the client program 14 request, if necessary. Together with packaging the command

6

for the command queue 104, the asynchronous command processor 100 provides a command to the asynchronous request processor 106 to provide a response to the client program 14 indicating that the event has occurred, even though such an event has yet to occur on the physical railroad layout.

As such, it can be observed that whether or not the command is valid, whether or not the information requested by the command is available to the asynchronous command processor 100, and whether or not the command has been executed, the combination of the asynchronous command processor 100 and the asynchronous response processor 106 both verifies the validity of the command and provides a response to the client program 14 thereby freeing up the communications transport 12 for additional commands. Without the asynchronous nature of the resident external controlling interface 16, the response to the client program 14 would be, in many circumstances, delayed thereby resulting in frustration to the operator that the model railroad is performing in a slow and painstaking manner. In this manner, the railroad operation using the asynchronous interface appears to the operator as nearly instantaneously responsive.

Each command in the command queue 104 is fetched by a synchronous command processor 110 and processed. The synchronous command processor 110 queries a controller database storage 112 for additional information, as necessary, and determines if the command has already been executed based on the state of the devices in the controller database storage 112. In the event that the command has already been executed, as indicated by the controller database storage 112, then the synchronous command processor 110 passes information to the command queue 104 that the command has been executed or the state of the device. The asynchronous response processor 106 fetches the information from the command cue 104 and provides a suitable response to the client program 14, if necessary, and updates the local database storage 102 to reflect the updated status of the railroad layout devices.

If the command fetched by the synchronous command processor 110 from the command queue 104 requires execution by external devices, such as the train engine, then the command is posted to one of several external device control logic 114 blocks. The external device control logic 114 processes the command from the synchronous command processor 110 and issues appropriate control commands to the interface of the particular external device 116 to execute the command on the device and ensure that an appropriate response was received in response. The external device is preferably a digital command control device that transmits digital commands to decoders using the train track. There are several different manufacturers of digital command stations, each of which has a different set of input commands, so each external device is designed for a particular digital command station. In this manner, the system is compatible with different digital command stations. The digital command stations 18 of the external devices 116 provide a response to the external device control logic 114 which is checked for validity and identified as to which prior command it corresponds to so that the controller database storage 112 may be updated properly. The process of transmitting commands to and receiving responses from the external devices 116 is slow.

The synchronous command processor 110 is notified of the results from the external control logic 114 and, if appropriate, forwards the results to the command queue 104. The asynchronous response processor 100 clears the results

US 6,530,329 B2

7

from the command queue 104 and updates the local database storage 102 and sends an asynchronous response to the client program 14, if needed. The response updates the client program 14 of the actual state of the railroad track devices, if changed, and provides an error message to the client program 14 if the devices actual state was previously improperly reported or a command did not execute properly.

The use of two separate database storages, each of which is substantially a mirror image of the other, provides a performance enhancement by a fast acknowledgement to the client program 14 using the local database storage 102 and thereby freeing up the communications transport 12 for additional commands. In addition, the number of commands forwarded to the external device control logic 114 and the external devices 116, which are relatively slow to respond, is minimized by maintaining information concerning the state and configuration of the model railroad. Also, the use of two separate database tables 102 and 112 allows more efficient multi-threading on multi-processor computers.

In order to achieve the separation of the asynchronous and synchronous portions of the system the command queue 104 is implemented as a named pipe, as developed by Microsoft for Windows. The queue 104 allows both portions to be separate from each other, where each considers the other to be the destination device. In addition, the command queue maintains the order of operation which is important to proper operation of the system.

The use of a single command queue 104 allows multiple instantiations of the asynchronous functionality, with one for each different client. The single command queue 104 also allows the sharing of multiple devices, multiple clients to communicate with the same device (locally or remote) in a controlled manner, and multiple clients to communicate with different devices. In other words, the command-queue 104 permits the proper execution in the cases of: (1) one client to many devices, (2) many clients to one device, and (3) many clients to many devices.

The present inventor came to the realization that the digital command stations provided by the different vendors have at least three different techniques for communicating with the digital decoders of the model railroad set. The first technique, generally referred to as a transaction (one or more operations), is a synchronous communication where a command is transmitted, executed, and a response is received therefrom prior to the transmission of the next sequentially received command. The DCS may execute multiple commands in this transaction. The second technique is a cache with out of order execution where a command is executed and a response received therefrom prior to the execution of the next command, but the order of execution is not necessarily the same as the order that the commands were provided to the command station. The third technique is a local-area-network model where the commands are transmitted and received simultaneously. In the LAN model there is no requirement to wait until a response is received for a particular command prior to sending the next command. Accordingly, the LAN model may result in many commands being transmitted by the command station that have yet to be executed. In addition, some digital command stations use two or more of these techniques.

With all these different techniques used to communicate with the model railroad set and the system 10 providing an interface for each different type of command station, there exists a need for the capability of matching up the responses from each of the different types of command stations with the particular command issued for record keeping purposes.

8

Without matching up the responses from the command stations, the databases can not be updated properly.

Validation functionality is included within the external device control logic 114 to accommodate all of the different types of command stations. Referring to FIG. 3, an external command processor 200 receives the validated command from the synchronous command processor 110. The external command processor 200 determines which device the command should be directed to, the particular type of command it is, and builds state information for the command. The state information includes, for example, the address, type, port, variables, and type of commands to be sent out. In other words, the state information includes a command set for a particular device on a particular port device. In addition, a copy of the original command is maintained for verification purposes. The constructed command is forwarded to the command sender 202 which is another queue, and preferably a circular queue. The command sender 202 receives the command and transmits commands within its queue in a repetitive nature until the command is removed from its queue. A command response processor 204 receives all the commands from the command stations and passes the commands to the validation function 206. The validation function 206 compares the received command against potential commands that are in the queue of the command sender 202 that could potentially provide such a result. The validation function 206 determines one of four potential results from the comparison. First, the results could be simply bad data that is discarded. Second, the results could be partially executed commands which are likewise normally discarded. Third, the results could be valid responses but not relevant to any command sent. Such a case could result from the operator manually changing the state of devices on the model railroad or from another external device, assuming a shared interface to the DCS. Accordingly, the results are validated and passed to the result processor 210. Fourth, the results could be valid responses relevant to a command sent. The corresponding command is removed from the command sender 202 and the results passed to the result processor 210. The commands in the queue of the command sender 202, as a result of the validation process 206, are retransmitted a predetermined number of times, then if error still occurs the digital command station is reset, which if the error still persists then the command is removed and the operator is notified of the error.

---

APPLICATION PROGRAMMING INTERFACE

Train ToolsTM Interface Description
Building your own visual interface to a model railroad
Copyright 1992–1998 KAM Industries.
Computer Dispatcher, Engine Commander, The Conductor, Train Server, and Train Tools are Trademarks of KAM Industries, all Rights Reserved.
Questions concerning the product can be EMAILED to: traintools@kam.rain.com
You can also mail questions to:
KAM Industries
2373 NW 185th Avenue Suite 416
Hillsboro, Oregon 97124
FAX - (503) 291-1221

Table of contents
1.     OVERVIEW
1.1    System Architecture
2.     TUTORIAL
2.1    Visual BASIC Throttle Example Application
2.2    Visual BASIC Throttle Example Source Code
3.     IDL COMMAND REFERENCE

US 6,530,329 B2

<table>
<tr><td>9</td><td>10</td></tr>
</table>

| 9 -continued | 10 -continued |
|---|---|

**APPLICATION PROGRAMMING INTERFACE** — (left column)

3.1 Introduction
3.2 Data Types
3.3 Commands to access the server configuration variable database
    KamCVGetValue
    KamCVPutValue
    KamCVGetEnable
    KamCVPutEnable
    KamCVGetMinRegister
    KamCVGetMaxRegister
3.4 Commands to program configuration variables
    KamProgram
    KamProgramGetMode
    KamProgramGetStatus
    KamProgramReadCV
    KamProgramCV
    KamProgramReadDecoderToDataBase
    KamProgramDecoderFromDataBase
3.5 Commands to control all decoder types
    KamDecoderGetMaxModels
    KamDecoderGetModelName
    KamDecoderGetModelIToObj
    KamDecoderGetMaxAddress
    KamDecoderChangeOldNewAddr
    KamDecoderMovePort
    KamDecoderGetPort
    KamDecoderCheckAddrInUse
    KamDecoderGetModelFromObj
    KamDecoderGetModelFacility
    KamDecoderGetObjCount
    KamDecoderGetObjAtIndex
    KamDecoderPutAdd
    KamDecoderPutDel
    KamDecoderGetMfgName
    KamDecoderGetPowerMode
    KamDecoderGetMaxSpeed
3.6 Commands to control locomotive decoders
    KamEngGetSpeed
    KamEngPutSpeed
    KamEngGetSpeedSteps
    KamEngPutSpeedSteps
    KamEngGetFunction
    KamEngPutFunction
    KamEngGetFunctionMax
    KamEngGetName
    KamEngPutName
    KamEngGetFunctionName
    KamEngPutFunctionName
    KamEngGetConsistMax
    KamEngPutConsistParent
    KamEngPutConsistChild
    KamEngPutConsistRemoveObj
3.7 Commands to control accessory decoders
    KamAccGetFunction
    KamAccGetFunctionAll
    KamAccPutFunction
    KamAccPutFunctionAll
    KamAccGetFunctionMax
    KamAccGetName
    KamAccPutName
    KamAccGetFunctionName
    KamAccPutFunctionName
    KamAccRegFeedback
    KamAccRegFeedbackAll
    KamAccDelFeedback
    KamAccDelFeedbackAll
3.8 Commands to control the command station
    KamOprPutTurnOnStation
    KamOprPutStartStation
    KamOprPutStation
    KamOprPutStopStation
    KamOprPutPowerOn
    KamOprPutPowerOff
    KamOprPutHardReset
    KamOprPutEmergencyStop
    KamOprGetStationStatus

**APPLICATION PROGRAMMING INTERFACE** — (right column)

3.9 Commands to configure the command station communication port
    KamPortPutConfig
    KamPortGetConfig
    KamPortGetName
    KamPortPutMapController
    KamPortGetMaxLogPorts
    KamPortGetMaxPhysical
3.10 Commands that control command flow to the command station
    KamCmdConnect
    KamCmdDisConnect
    KamCmdCommand
3.11 Cab Control Commands
    KamCabGetMessage
    KamCabPutMessage
    KamCabGetCabAddr
    KamCabPutAddrToCab
3.12 Miscellaneous Commands
    KamMiscGetErrorMsg
    KamMiscGetClockTime
    KamMiscPutClockTime
    KamMiscGetInterfaceVersion
    KamMiscSaveData
    KamMiscGetControllerName
    KamMiscGetControllerNameAtPort
    KamMiscGetCommandStationValue
    KamMiscSetCommandStationValue
    KamMiscGetCommandStationIndex
    KamMiscMaxControllerID
    KamMiscGetControllerFacility

I. OVERVIEW

This document is divided into two sections, the Tutorial, and the IDL Command Reference. The tutorial shows the complete code for a simple Visual BASIC program that controls all the major functions of a locomotive.

This program makes use of many of the commands described in the reference section. The IDL Command Reference describes each command in detail.

I. TUTORIAL

A. Visual BASIC Throttle Example Application

The following application is created using the Visual BASIC source code in the next section. It controls all major locomotive functions such as speed, direction, and auxiliary functions.

A. Visual BASIC Throttle Example Source Code
' Copyright 1998, KAM Industries. All rights reserved.

'
' This is a demonstration program showing the
' integration of VisualBasic and Train Server(tm)
' interface. You may use this application for non
' commercial usage.
'
' $Date: $
' $Author: $
' $Revision: $
' $Log: $
' Engine Commander, Computer Dispatcher, Train Server,
' Train Tools, The Conductor and kamind are registered
' Trademarks of KAM Industries. All rights reserved.
'
' This first command adds the reference to the Train
' ServerT Interface object Dim EngCmd As New EngComIfc
'
' Engine Commander uses the term Ports, Devices and
' Controllers
' Ports -> These are logical ids where Decoders are
' assigned to. Train ServerT Interface supports a
' limited number of logical ports. You can also think
' of ports as mapping to a command station type. This
' allows you to move decoders between command station
' without losing any information about the decoder
'
' Devices -> These are communications channels
' configured in your computer.
' You may have a single device (com1) or multiple
' devices

US 6,530,329 B2

| 11 | 12 |
|----|----|
| -continued | -continued |

APPLICATION PROGRAMMING INTERFACE

```
(COM 1 - COM8, LPT1, Other). You are required to
map a port to a device to access a command station.
Devices start from ID 0 -> max id (FYI; devices do
not necessarily have to be serial channel. Always
check the name of the device before you use it as
well as the maximum number of devices supported.
The Command
EngCmd.KamPortGetMaxPhysical(lMaxPhysical, lSerial,
lParallel) provides means that... lMaxPhysical =
lSerial + lParallel + lOther

Controller - These are command the command station
like LENZ, Digitrax
Northcoast, EasyDCC, Marklin... It is recommend
that you check the command station ID before you
use it.

Errors        - All commands return an error status. If
              the error value is non zero, then the
              other return arguments are invalid. In
              general, non zero errors means command was
              not executed. To get the error message,
              you need to call KamMiscErrorMessage and
              supply the error number

To Operate your layout you will need to perform a
mapping between a Port (logical reference), Device
(physical communications channel) and a Controller
(command station) for the program to work. All
references uses the logical device as the reference
device for access.

Addresses used are an object reference. To use an
address you must add the address to the command
station using KamDecoderPutAdd ... One of the return
values from this operation is an object reference
that is used for control.

We need certain variables as global objects; since
the information is being used multiple times
Dim iLogicalPort, iController, iComPort
Dim iPortRate, iPortParity, iPortStop, iPortRetrans,
    iPortWatchdog, iPortFlow, iPortData
Dim lEngineObject As Long, iDecoderClass As Integer,
    iDecoderType    As Integer
Dim lMaxController As Long
Dim lMaxLogical As Long, lMaxPhysical As Long, lMaxSerial
    As Long, lMaxParallel As Long

'Form load function
'- Turn of the initial buttons
'- Set he interface information
'**********************************
Private Sub Form_load()
        Dim strVer As String, strCom As String, strCntrl As
            String
        Dim iError As Integer
        'Get the interface version information
        SetButtonState (False)
        iError = EngCmd.KamMiscGetInterfaceVersion(strVer)
        If (iError) Then
                MsgBox (("Train Server not loaded. Check
                    DCOM-95"))
                iLogicalPort = 0
                LogPort.Caption = iLogicalPort
                ComPort.Caption = "???"
                Controller.Caption = "Unknown"
        Else
                MsgBox (("Simulation(COM1) Train Server -- " &
                    strVer))

                'Configuration information; Only need to
                    change these values to use a different
                    controller...
                '**********************************
                ' UNKNOWN              0 // Unknown control type
                ' SIMULAT              1 // Interface simulator
```

APPLICATION PROGRAMMING INTERFACE

```
' LENZ_1x              2 // Lenz serial support module
' LENZ_2x              3 // Lenz serial support module
' DIGIT_DT200          4 // Digitrax direct drive
                            support using DT200
' DIGIT_DCS100         5 // Digitrax direct drive
                            support using DCS100
' MASTERSERIES         6 // North Coast engineering
                            master Series
' SYSTEMONE            7 // System One
' RAMFIX               8 // RAMFIxx system
' DYNATROL             9 // Dynatrol system
' Northcoast binary   10 // North Coast binary
' SERIAL              11 // NMRA Serial
                            interface
' EASYDCC             12 // NMRA Serial interface
' MRK6050             13 // 6050 Marklin interface
                            (AC and DC)
' MRK6023             14 // 6023 Marklin hybrid
                            interface (AC)
' ZTC                 15 // ZTC Systems ltd
' DIGIT_PR1           16 // Digitrax direct drive
                            support using PR1
' DIRECT              17 // Direct drive interface
                            routine
'**********************************
iLogicalPort = 1 'Select Logical port 1 for
                      communications
iController = 1 'Select controller from the list
                      above.
iComPort = 0 ' use COM1; 0 means com1 (Digitrax must
                      use Com1 or Com2)
      'Digitrax Baud rate requires 16.4K!
      'Most COM ports above Com2 do not
      'support 16.4K. Check with the
      'manufacture of your smart com card
      'for the baud rate. Keep in mind that
      'Dumb com cards with serial port
      'support Com1 - Com4 can only support
      '2 com ports (like com1/com2
      'or com3/com4)
      'If you change the controller, do not
      'forget to change the baud rate to
      'match the command station. See your
      'user manual for details
'**********************************
      ' 0: // Baud rate is 300
      ' 1: // Baud rate is 1200
      ' 2: // Baud rate is 2400
      ' 3: // Baud rate is 4800
      ' 4: // Baud rate is 9600
      ' 5: // Baud rate is 14.4
      ' 6: // Baud rate is 16.4
      ' 7: // Baud rate is 19.2
      iPortRate = 4
      '     Parity values 0-4 -> no, odd, even, mark,
            space
      iPortParity = 0
      '     Stop bits 0,1,2 -> 1, 1.5, 2
      iPortStop = 0
      iPortRetrans = 10
      iPortWatchdog = 2048
      iPortFlow = 0
      '     Data bits 0 - > 7 Bits, 1-> 8 bits
      iPortData = 1
'Display the port and controller information
iError = EngCmd.KamPortGetMaxLogPorts(lMaxLogical)
iError = EngCmd.KamPortGetMaxPhysical(lMaxPhysical,
      lMaxSerial, lMaxParallel)
' Get the port name and do some checking...
iError = EngCmd.KamPortGetName(iComPort, strCom)
SetError (iError)
If (iComPort > lMaxSerial) Then MsgBox ("Com port
      out of range")
iError =
      EngCmd.KamMiscGetControllerName(iController,
      strCntrl)
If (iLogicalPort > lMaxLogical) Then MsgBox
```

US 6,530,329 B2

13                                          14

-continued

APPLICATION PROGRAMMING INTERFACE

```
          ("Logical port out of range")
            SetError (iError)
          End If
          'Display values in Throttle..
          LogPort.Caption = iLogicalPort
          ComPort.Caption = strCom
          Controller.Caption = strCntrl
End Sub
'*******************************
'Send Command
'Note:
'          Please follow the command order. Order is important
'          for the application to work!
'*******************************
Private Sub Command_Click()
          'Send the command from the interface to the command
          station, use the engineObject
          Dim iError, iSpeed As Integer
          If Not Connect.Enabled Then
            'TrainTools interface is a caching interface.
            This means that you need to set up the CV's or
            'other operations first; then execute the
            'command.
            iSpeed = Speed.Text
            iError =
          EngCmd.KamEngPutFunction(IEngineObject, 0, F0.Value)
            iError =
              EngCmd.KamEngPutFunction(IEngineObject, 1,
              F1.Value)
            iError =
            EngCmd.KamEngPutFunction(IEngineObject, 2,
            F2.Value)
            iError =
            EngCmd.KamEngPutFunction(IEngineObject, 3,
            F3.Value)
            iError = EngCmd.KamEngPutSpeed(IEngineObject,
            iSpeed, Direction.Value)
            If iError = 0 Then iError =
            EngCmd.KamCmdCommand(IEngineObject)
            SetError (iError)
          End If
End Sub
'*******************************
'Connect Controller
'*******************************
Private Sub Connect_Click()
          Dim iError As Integer
          'These are the index values for setting up the port
for use
          ' PORT_RETRANS            0 // Retrans index
          ' PORT_RATE               1 // Retrans index
          ' PORT_PARITY             2 // Retrans index
          ' PORT_STOP               3 // Retrans index
          ' PORT_WATCHDOG           4 // Retrans index
          ' PORT_FLOW               5 // Retrans index
          ' PORT_DATABITS           6 // Retrans index
          ' PORT_DEBUG              7 // Retrans index
          ' PORT_PARALLEL           8 // Retrans index
              'These are the index values for setting up the
              port for use
          ' PORT_RETRANS            0 // Retrans index
          ' PORT_RATE               1 // Retrans index
          ' PORT_PARITY             2 // Retrans index
          ' PORT_STOP               3 // Retrans index
          ' PORT_WATCHDOG           4 // Retrans index
          ' PORT_FLOW               5 // Retrans index
          ' PORT_DATABITS           6 // Retrans index
          ' PORT_DEBUG              7 // Retrans index
          ' PORT_PARALLEL           8 // Retrans index
          iError = EngCmd.KamPortPutConfig(iLogicalPort, 0,
            iPortRetrans, 0) ' setting PORT_RETRANS
          iError = EngCmd.KamPortPutConfig(iLogicalPort, 1
            iPortRate, 0) ' setting PORT_RATE
          iError = EngCmd.KamPortPutConfig(iLogicalPort, 2,
            iPortParity, 0) ' setting PORT_PARITY
          iError = EngCmd.KamPortPutConfig(iLogicalPort, 3
            iPortStop, 0) ' setting PORT_STOP
```

-continued

APPLICATION PROGRAMMING INTERFACE

```
          iError = EngCmd.KamPortPutConfig(iLogicalPort, 4
            iPortWatchdog, 0) ' setting PORT_WATCHDOG
          iError = EngCmd.KamPortPutConfig(iLogicalPort, 5,
            iPortFlow, 0) ' setting PORT_FLOW
          iError = EngCmd.KamPortPutConfig(iLogicalPort, 6,
            iPortData, 0) ' setting PORT_DATABITS
' We need to set the appropriate debug mode for display..
' this command can only be sent if the following is true
' -Controller is not connected
' -port has not been mapped
' -Not share ware version of application (Shareware
'          always set to 130)
' Write Display   Log   Debug
' File   Win   Level   Value
' 1 + 2 + 4 = 7              -> LEVEL1 - put packets into
'                              queues
' 1 + 2 + 8 = 11             -> LEVEL2 -- Status messages
'          send to window
' 1 + 2 + 16 = 19            -> LEVEL3 --
' 1 + 2 + 32 = 35            -> LEVEL4 -- All system
'          semaphores/critical sections
' 1 + 2 + 64 = 67            -> LEVEL5 -- detailed
'          debugging information
' 1 + 2 + 128 = 0 131        -> COMMONLY -- Read comm write
'          comm ports
'You probably only want to use values of 130. This will
'give you a display what is read or written to the
'controller. If you want to write the information to
'disk, use 131. The other information is not valid for
'end users.
' Note:   1.      This does effect the performance of you
'                 system; 130 is a save value for debug
'                 display. Always set the key to 1, a value
'                 of 0 will disable debug
'          2.     The Digitrax control codes displayed are
'                 encrypted. The information that you
'                 determine from the control codes is that
'                 information is sent (S) and a response is
'                 received (R)
          iDebugMode = 130
          iValue = Value.Text' Display value for reference
          iError = EngCmd.KamPortPutConfig(iLogicalPort, 7, iDebug,
            iValue) setting PORT_DEBUG
          'Now map the Logical Port, Physical device, Command
          station and Controller
          iError = EngCmd.KamPortPutMapController(iLogicalPort,
            iController, iComPort)
          iError = EngCmd.KamCmdConnect(iLogicalPort)
          iError = EngCmd.KamOprPutTurnOnStation(iLogicalPort)
          If (iError) Then
            SetButtonState (False)
          Else
            SetButtonState (True)
          End If
          SetError (iError) 'Displays the error message and error
                            number
          End Sub
'*******************************
'Set the address button
'*******************************
Private Sub DCCAddr_Click()
          Dim iAddr, iStatus As Integer
          ' All addresses must be match to a logical port to
          operate
          iDecoderType = 1        ' Set the decoder type to an NMRA
            baseline decoder ( 1 - 8 reg)
          iDecoderClass = 1       ' Set the decoder class to Engine
          decoder (there are only two classes of decoders;
          Engine and Accessory
          'Once we make a connection, we use the IEngineObject
          'as the reference object to send control information
          If (Address.Text > 1) Then
            iStatus = EngCmd.KamDecoderPutAdd(Address.Text,
              iLogicalPort, iLogicalPort, 0,
              iDecoderType, IEngineObject)
```

US 6,530,329 B2

**15**

-continued

APPLICATION PROGRAMMING INTERFACE

```
        SetError (iStatus)
        If(iEngineObject) Then
                Command.Enabled = True 'turn on the control
                (send) button
                Throttle.Enabled = True 'Turn on the throttle
        Else
                MsgBox ("Address not set, check error message")
                End If
        Else
                MsgBox ("Address must be greater then 0 and
                        less then 128")
                End If
End Sub
'*******************
'Disconect button
'*******************

Private Sub Disconnect_Click()
        Dim iError As Integer
        iError = EngCmd.KamCmdDisConnect(iLogicalPort)
        SetError (iError)
        SetButtonState (False)
End Sub
'*******************
'Display error message
'*******************

Private Sub SetError(iError As Integer)
        Dim iError As String
        Dim iStatus
        ' This shows how to retrieve a sample error message
        from the interface for the status received.
        iStatus = EngCmd.KamMiscGetErrorMsg(iError, szError)
        ErrorMsg.Caption = szError
        Result.Caption = Str(iStatus)
End Sub
'*******************
'Set the Form button state
'*******************

Private Sub SetButtonState(iState As Boolean)
        'We set the state of the buttons; either connected
        or disconnected
        If (iState) Then
                Connect.Enabled = False
                Disconnect.Enabled = True
                ONCmd.Enabled = True
                OffCmd.Enabled = True
                DCCAddr.Enabled = True
                UpDownAddress.Enabled = True
        'Now we check to see if the Engine Address has been
        'set; if it has we enable the send button
        If (iEngineObject > 0) Then
                Command.Enabled = True
                Throttle.Enabled = True
        Else
                Command.Enabled = False
                Throttle.Enabled = False
        End If
        Else
                Connect.Enabled = True
                Disconnect.Enabled = False
                Command.Enabled = False
                ONCmd.Enabled = False
                OffCmd.Enabled = False
                DCCAddr.Enabled = False
                UpDownAddress.Enabled = False
                Throttle.Enabled = False
        End If
End Sub
'*******************
'Power Off function
'*******************

Private Sub OffCmd_Click()
        Dim iError As Integer
        iError = EngCmd.KamOprPutPowerOff(iLogicalPort)
        SetError (iError)
End Sub
'*******************
'Power On function
```

**16**

-continued

APPLICATION PROGRAMMING INTERFACE

```
'*******************
Private Sub ONCmd_Click()
        Dim iError As Integer
        iError = EngCmd.KamOprPutPowerOn(iLogicalPort)
        SetError (iError)
End Sub
'*******************
Throttle slider control
'*******************
Private Sub Throttle_Click()
        If (iEngineObject) Then
                If (Throttle.Value > 0) Then
                        Speed.Text = Throttle.Value
                End If
        End If
End Sub
```

I.     IDL COMMAND REFERENCE

　　A.   Introduction

This document describes the IDL interface to the KAM Industries Engine Commander Train Server. The Train Server DCOM server may reside locally or on a network node This server handles all the background details of controlling your railroad. You write simple, front end programs in a variety of languages such as BASIC, Java, or C++ to provide the visual interface to the user while the server handles the details of communicating with the command station, etc.

　　A.   Data Types

Data is passed to and from the IDL interface using several primitive data types. Arrays of these simple types are also used. The exact type passed to and from your program depends on the programming language you are using.

The following primitive data types are used:

| IDL Type | BASIC Type | C++ Type | Java Type | Description |
|---|---|---|---|---|
| short | short | short | short | Short signed integer |
| int | int | int | int | Signed integer |
| BSTR | BSTR | BSTR | BSTR | Text string |
| long | long | long | long | Unsigned 32 bit value |

| Name ID | CV Range | Valid CV's | Functions | Address Range | Speed Steps |
|---|---|---|---|---|---|
| NMRA Compatible | 0 | None | None | 2 | 1–99 | 14 |
| Baseline | 1 | 1–8 | 1–8 | 9 | 1–127 | 14 |
| Extended | 2 | 1–106 | 1–9, 17, 18, 19, 23, 24, 29, 30, 49, 66–95 | 9 | 1–10239 | 14,28,128 |
| All Mobile | 3 | 1–106 | 9 | 1–10239 | 14,28,128 |

| Name ID | CV Range | Valid CV's | Functions | Address Range |
|---|---|---|---|---|
| Accessory | 4 | 513–593 | 513–593 | 8 | 0–511 |
| All Stationary | 5 | 513–1024 | 513–1024 | 8 | 0–511 |

A long /DecoderObject/D value is returned by the KamDecoderPutAdd call if the decoder is successfully registered with the server. This unique opaque ID should be used for all subsequent calls to reference this decoder.

A.     Commands to access the server configuration variable database

This section describes the commands that access the server configuration variables (CV) database. These CVs are stored in the decoder and control many of its characteristics such as its address. For efficiency, a copy of each CV value is also stored in the server database. Commands such as KamCVGetValue and KamCVPutValue communicate only with the server, not the actual decoder. You then use the programming commands in the next section to transfer CVs to and from the decoder.

0KamCVGetValue

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iCVRegint | 1–1024 | 2 | In | CV register |
| pCVValue | int * | 3 | Out | Pointer to CV value |

1     Opaque decoder ID handle returned by KamDecoderPutAdd.
2     Range is 1–1024. Maximum CV for this decoder is given by KamCVGetMaxRegister.
3     CV Value pointed to has a range of 0 to 255.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

US 6,530,329 B2

17

-continued

APPLICATION PROGRAMMING INTERFACE

1       iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg). KamCVGetValue takes the
decoder object ID and configuration variable (CV) number
as parameters. It sets the memory pointed to by pCVValue
to the value of the server copy of the configuration
variable.
0KamCVPutValue

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iCVRegist | 1–1024 | 2 | In | CV register |
| iCVValue | int | 0–255 | In | CV value |

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Maximum CV for this decoder is 1024. Maximum CV is
given by KamCVGetMaxRegister.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1       iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamCVPutValue takes the decoder object ID, configuration
variable (CV) number, and a new CV value as parameters.
It sets the server copy of the specified decoder CV to
iCVValue.
0KamCVGetEnable

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iCVRegist | 1–1024 | 2 | In | CV number |
| pEnable | int * | 3 | Out | Pointer to CV bit mask |

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Maximum CV for this decoder is 1024. Maximum CV is
given by KamCVGetMaxRegister.
3       0x0001 - SET_CV_INUSE   0x0002 - SET_CV_READ_DIRTY
0x0004 - SET_CV_WRITE_DIRTY   0x0008 -
SET_CV_ERROR_READ
0x0010 - SET_CV_ERROR_WRITE

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1       iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg). KamCVGetEnable takes the
decoder object ID, configuration variable (CV) number,
and a pointer to store the enable flag as parameters. It
sets the location pointed to by pEnable.
0KamCVPutEnable

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iCVRegist | 1–1024 | 2 | In | CV number |
| iEnableInt | | 3 | In | CV bit mask |

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Maximum CV for this decoder is 1024. Maximum CV is
given by KamCVGetMaxRegister.
3       0x0001 - SET_CV_INUSE   0x0002 - SET_CV_READ_DIRTY
0x0004 - SET_CV_WRITE_DIRTY   0x0008 -
SET_CV_ERROR_READ
0x0010 - SET_CV_ERROR_WRITE

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1       iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamCVPutEnable takes the decoder object ID, configuration
variable (CV) number, and a new enable state as
parameters. It sets the server copy of the CV bit mask
to iEnable.
0KamCVGetName

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iCV | int | 1–1024 | In | CV number |
| pbsCVNameString | BSTR * | 1 | Out | Pointer to CV name string |

1       Exact return type depends on language. It is
Cstring * for C++. Empty string on error.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1       iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamCVGetName takes a configuration variable (CV) number
as a parameter. It sets the memory pointed to by

18

-continued

APPLICATION PROGRAMMING INTERFACE

5       pbsCVNameString to the name of the CV as defined in NMRA
Recommended Practice RP 9.2.2.
0KamCVGetMinRegister

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| pMinRegister | int * | 2 | Out | Pointer to min CV register number |

1       Opaque object ID returned by
KamDecoderPutAdd.
2       Normally 1–1024. 0 on error or if decoder does not
support CVs.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1       iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamCVGetMinRegister takes a decoder object ID as a
parameter. It sets the memory pointed to by pMinRegister
to the minimum possible CV register number for the
specified decoder.
0KamCVGetMaxRegister

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| pMaxRegister | int * | 2 | Out | Pointer to max CV register number |

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Normally 1–1024. 0 on error or if decoder does not
support CVs.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1       iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamCVGetMaxRegister takes a decoder object ID as a
parameter. It sets the memory pointed to by pMaxRegister
to the maximum possible CV register number for the
specified decoder.
A.       Commands to program configuration variables
            This section describes the commands read and
write decoder configuration variables (CVs). You should
initially transfer a copy of the decoder CVs to the
server using the KamProgramReadDecoderToDataBase command.
You can then read and modify this server copy of the CVs.
Finally, you can program one or more CVs into the decoder
using the KamProgramCV or KamProgramDecoderFromDataBase
command. Not that you must first enter programming mode
by issuing the KamProgram command before any programming
can be done.
0KamProgram

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | | long | 1 | In | Decoder object ID |
| iProgLogPort | int | 1–65535 | 2 | In | Logical programming port ID |
| iProgMode | int | | 3 | In | Programming mode |

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Maximum value for this server given by
KamPortGetMaxLogPorts.
3       0 - PROGRAM_MODE_NONE
            1 - PROGRAM_MODE_ADDRESS
            2 - PROGRAM_MODE_REGISTER
            3 - PROGRAM_MODE_PAGE
            4 - PROGRAM_MODE_DIRECT
            5 - DCODE_PRGMODE_OPS_SHORT
            6 - PROGRAM_MODE_OPS_LONG

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1       iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamProgram take the decoder object ID, logical
programming port ID, and programming mode as parameters.
It changes the command station mode from normal operation
(PROGRAM_MODE_NONE) to the specified programming mode.
Once in programming mode, any number of programming
commands may be called. When done, you must call
KamProgram with a parameter of PROGRAM_MODE_NONE to
return to normal operation.

US 6,530,329 B2

<table>
<tr><td>19</td><td>20</td></tr>
</table>

-continued

## APPLICATION PROGRAMMING INTERFACE

**0KamProgramGetMode**

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iProgLogPort | int | 1–65535 | 2 In | Logical programming port ID |
| piProgMode | int* | 3 | Out | Programming mode |

1 Opaque object ID handle returned by KamPortPutAdd.
2 Maximum value for this server given by KamPortGetMaxLogPorts.
3 0 - PROGRAM_MODE_NONE
1 - PROGRAM_MODE_ADDRESS
2 - PROGRAM_MODE_REGISTER
3 - PROGRAM_MODE_PAGE
4 - PROGRAM_MODE_DIRECT
5 - DCODE_PRGMODE_OPS_SHORT
6 - PROGRAM_MODE_OPS_LONG

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamProgramGetMode take the decoder object ID, logical programming port ID, and pointer to a place to store the programming mode as parameters. It sets the memory pointed to by piProgMode to the present programming mode.

**0KamProgramGetStatus**

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iCVRegint | 0–1024 | 2 | In | CV number |
| piCVAllStatus | int* | 3 | Out | Or'd decoder programming status |

1 Opaque object ID handle returned by KamDecoderPutAdd.
2 0 returns OR'd value for all CVs. Other values return status for just that CV.
3 0x0001 - SET_CV_INUSE
0x0002 - SET_CV_READ_DIRTY
0x0004 - SET_CV_WRITE_DIRTY
0x0008 - SET_CV_ERROR_READ
0x0010 - SET_CV_ERROR_WRITE

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamProgramGetStatus take the decoder object ID and pointer to a place to store the OR'd decoder programming status as parameters. It sets the memory pointed to by piProgMode to the present programming mode.

**0KamProgramReadCV**

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iCVRegint | | 2 | In | CV number |

1 Opaque object ID handle returned by KamDecoderPutAdd.
2 Maximum CV is 1024. Maximum CV for this decoder is given by KamCVGetMaxRegister.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamProgramCV takes the decoder object ID, configuration variable (CV) number as parameters. It reads the specified CV variable value to the server database.

**0KamProgramCV**

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iCVRegint | | 2 | In | CV number |
| iCVValue | int | 0–255 | 3 In | CV value |

1 Opaque object ID handle returned by KamDecoderPutAdd.
2 Maximum CV is 1024. Maximum CV for this decoder is given by KamCVGetMaxRegister.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).

---

5  KamProgramCV takes the decoder object ID, configuration variable (CV) number, and a new CV value as parameters. It programs (writes) a single decoder CV using the specified value as source data.

**0KamProgramReadDecoderToDataBase**

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |

1 Opaque object ID handle returned by KamDecoderPutAdd.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamProgramReadDecoderToDataBase takes the decoder object ID as a parameter. It reads all enabled CV values from the decoder and stores them in the server database.

**0KamProgramDecoderFromDataBase**

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |

1 Opaque object ID handle returned by KamDecoderPutAdd.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamProgramDecoderFromDataBase takes the decoder object ID as a parameter. It programs (writes) all enabled decoder CV values using the server copy of the CVs as source data.

A. Commands to control all decoder types
This section describes the commands that all decoder types. These commands do things such getting the maximum address a given type of decoder supports, adding decoders to the database, etc.

**0KamDecoderGetMaxModels**

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| piMaxModels | int* | 1 | Out | Pointer to Max model ID |

1 Normally 1–65535. 0 on error.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamDecoderGetMaxModels takes an parameters. It sets the memory pointed to by piMaxModels to the maximum decoder type ID.

**0KamDecoderGetModelName**

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iModel | int | 1–65535 | 1 In | Decoder type ID |
| pbsModelName | BSTR * | 2 | Out | Decoder name string |

1 Maximum value for this server given by KamDecoderGetMaxModels.
2 Exact return type type dependent on language. It is Cstring * for C++. Empty string on error.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamPortGetErrorMsg). KamPortGetModelName takes a decoder type ID and a pointer to a string as parameters. It sets the memory pointed to by pbsModelName to a BSTR containing the decoder name.

**0KamDecoderSetModelToObj**

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iModel | int | 1 | In | Decoder model ID |
| lDecoderObjectID | int | 1 | In | Decoder object ID |

1 Maximum value for this server given by KamDecoderGetMaxModels.
2 Opaque object ID handle returned by KamDecoderPutAdd.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamDecoderSetModelToObj takes a decoder ID and decoder object ID as parameters. It sets the decoder model type of the decoder at address lDecoderObjectID to the type

US 6,530,329 B2

| 21 | 22 |
|---|---|

-continued

-continued

APPLICATION PROGRAMMING INTERFACE

specified by iModel.
0KamDecoderGetMaxAddress

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iModel | int | 1 | In | Decoder type ID |
| piMaxAddress | int * | 2 | Out | Maximum decoder address |

1    Maximum value for this server given by KamDecoderGetMaxModels.
2    Model dependent. 0 returned on error.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamDecoderGetMaxAddress takes a decoder type ID and a pointer to store the maximum address as parameters. It sets the memory pointed to by piMaxAddress to the maximum address supported by the specified decoder.
0KamDecoderChangeOldNewAddr

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lOldObjID | long | 1 | In | Old decoder object ID |
| iNewAddr | int | 2 | In | New decoder address |
| plNewObjID | long * | 1 | Out | New decoder object ID |

1    Opaque object ID handle returned by KamDecoderPutAdd.
2    1–127 for short locomotive addresses. 1–10239 for long locomotive decoders. 0–511 for accessory decoders.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamDecoderChangeOldNewAddr takes an old decoder object ID and a new decoder address as parameters. It moves the specified locomotive or accessory decoder to iNewAddr and sets the memory pointed to by plNewObjID to the new object ID. The old object ID is now invalid and should no longer be used.
0KamDecoderMovePort

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iLogicalPortID | int | 1–65535 | 2 | Logical port ID |

1    Opaque object ID handle returned by KamDecoderPutAdd.
2    Maximum value for this server given by KamPortGetMaxLogPorts.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamDecoderMovePort takes a decoder object ID and logical port ID as parameters. It moves the decoder specified by lDecoderObjectID to the controller specified by iLogicalPortID.
0KamDecoderGetPort

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| piLogicalPortID | int * | 1–65535 | 2 | Pointer to logical port ID |

1    Opaque object ID handle returned by KamDecoderPutAdd.
2    Maximum value for this server given by KamPortGetMaxLogPorts.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamDecoderMovePort takes a decoder object ID and pointer to a logical port ID as parameters. It sets the memory pointed to by piLogicalPortID to the logical port ID associated with lDecoderObjectID.
0KamDecoderCheckAddrInUse

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iDecoderAddress | int | 1 | In | Decoder address |
| iLogicalPortID | int | 2 | In | Logical Port ID |
| iDecoderClass | int | 3 | In | Class of decoder |

1    Opaque object ID handle returned by KamDecoderPutAdd.
2    Maximum value for this server given by

KamPortGetMaxLogPorts.

| 3 | 1 – DECODER_ENGINE_TYPE, |
|---|---|
|  | 2 – DECODER_SWITCH_TYPE, |
|  | 3 – DECODER_SENSOR_TYPE. |

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for successful call and address not in use. Nonzero is an error number (see KamMiscGetErrorMsg). IDS_ERR_ADDRESSEXIST returned if call succeeded but the address exists. KamDecoderCheckAddrInUse takes a decoder address, logical port, and decoder class as parameters. It returns zero if the address is not in use. It will return IDS_ERR_ADDRESSEXIST if the call succeeds but the address already exists. It will return the appropriate non zero error number if the calls fails.
0KamDecoderGetModelFromObj

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| piModel | int | 1–65535 | 2 | Pointer to decoder type ID |

1    Opaque object ID handle returned by KamDecoderPutAdd.
2    Maximum value for this server given by KamDecoderGetMaxModels.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamDecoderGetModelFromObj takes a decoder object ID and pointer to a decoder type ID as parameters. It sets the memory pointed to by piModel to the decoder type ID associated with lDCCAddr.
0KamDecoderGetModelFacility

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| pdwFacility | long * | 2 | Out | Pointer to decoder facility mask |

1    Opaque object ID handle returned by KamDecoderPutAdd.

| 2 | 0 – DCODE_PRGMODE_ADDR |
|---|---|
|  | 1 – DCODE_PRGMODE_REG |
|  | 2 – DCODE_PRGMODE_PAGE |
|  | 3 – DCODE_PRGMODE_DIR |
|  | 4 – DCODE_PRGMODE_FLYSHT |
|  | 5 – DCODE_PRGMODE_FLYLNG |
|  | 6 – Reserved |
|  | 7 – Reserved |
|  | 8 – Reserved |
|  | 9 – Reserved |
|  | 10 – Reserved |
|  | 11 – Reserved |
|  | 12 – Reserved |
|  | 13 – DCODE_FEAT_DIRLIGHT |
|  | 14 – DCODE_FEAT_LNGADDR |
|  | 15 – DCODE_FEAT_CVENABLE |
|  | 16 – DCODE_FEDMODE_ADDR |
|  | 17 – DCODE_FEDMODE_REG |
|  | 18 – DCODE_FEDMODE_PAGE |
|  | 19 – DCODE_FEDMODE_DIR |
|  | 20 – DCODE_FEDMODE_FLYSHT |
|  | 21 – DCODE_FEDMODE_FLYLNG |

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamDecoderGetModelFacility takes a decoder object ID and pointer to a decoder facility mask as parameters. It sets the memory pointed to by pdwFacility to the decoder facility mask associated with lDCCAddr.
0KamDecoderGetObjCount

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iDecoderClass | int | 1 | In | Class of decoder |
| piObjCount | int * | 0–65535 | Out | Count of active decoders |

| 1 | 1 – DECODER_ENGINE_TYPE, |
|---|---|
|  | 2 – DECODER_SWITCH_TYPE, |

US 6,530,329 B2

**23**                                                                                   **24**

-continued                                                                            -continued

| APPLICATION PROGRAMMING INTERFACE |
|---|

3 - DECODER_SENSOR_TYPE.

| Return Value | Type | Range | Direction | Description* |
|---|---|---|---|---|
| iError short | 1 | | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamDecoderGetObjCount takes a decoder class and a pointer
to an address count as parameters. It sets the memory
pointed to by piObjCount to the count of active decoders
of the type given by iDecoderClass.
0KamDecoderGetObjAtIndex

| Parameter List | Type | Range | Direction | Description* |
|---|---|---|---|---|
| iIndex | int | 1 | In | Decoder array index |
| iDecoderClass | int | 2 | In | Class of decoder |
| plDecoderObjectID | long * | 3 | Out | Pointer to decoder object ID |

1    0 to (KamDecoderGetAddressCount - 1).
2    1 - DECODER_ENGINE_TYPE,
     2 - DECODER_SWITCH_TYPE,
     3 - DECODER_SENSOR_TYPE.
3    Opaque object ID handle returned by
KamDecoderPutAdd.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamDecoderGetObjCount takes a decoder index, decoder
class, and a pointer to an object ID as parameters. It
sets the memory pointed to by plDecoderObjectID to the
selected object ID.
0KamDecoderPutAdd

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iDecoderAddress | int | 1 | In | Decoder address |
| iLogicalCmdPortID | int | 1–65535 | 2 | In | Logical command port ID |
| iLogicalProgPortID | int | 1–65535 | 2 | In | Logical programming port ID |
| iClearState | int | 3 | In | Clear state flag |
| iModel | int | 4 | In | Decoder model type ID |
| plDecoderObjectID | long * | 5 | Out | Decoder object ID |

1    1–127 for short locomotive addresses. 1–10239 for
long locomotive decoders. 0–511 for accessory decoders.
2    Maximum value for this server given by
KamPortGetMaxLogPorts.
3    0 - retain state, 1 - clear state.
4    Maximum value for this server given by
KamDecoderGetMaxModels.
5    Opaque object ID handle. The object ID is used to
reference the decoder.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamDecoderPutAdd takes a decoder object ID, command
logical port, programming logical port, clear flag,
decoder model ID, and a pointer to a decoder object ID as
parameters. It creates a new locomotive object in the
locomotive database and sets the memory pointed to by
plDecoderObjectID to the decoder object ID used by the
server as a key.
0KamDecoderPutDel

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iClearState | int | 2 | In | Clear state flag |

1    Opaque object ID handle returned by
KamDecoderPutAdd.
2    0 - retain state, 1 - clear state.

| Return Value | Type | Range | Description* |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamDecoderPutDel takes a decoder object ID and clear flag
as parameters. It deletes the locomotive object specified
by lDecoderObjectID from the locomotive database.
0KamDecoderGetMfgName

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| pbsMfgName | BSTR * | 2 | Out | Pointer to manufacturer name |

1    Opaque object ID handle returned by
KamDecoderPutAdd.
2    Exact return type depends on language. It is
Cstring * for C++. Empty string on error.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamDecoderGetMfgName takes a decoder object ID and
pointer to a manufacturer name string as parameters. It
sets the memory pointed to by pbsMfgName to the name of
the decoder manufacturer.
0KamDecoderGetPowerMode

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| pbsPowerMode | BSTR * | 2 | Out | Pointer to decoder power mode |

1    Opaque object ID handle returned by
KamDecoderPutAdd.
2    Exact return type depends on language. It is
Cstring * for C++. Empty string on error.

| Return Value | Type | Range | Description* |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamDecoderGetPowerMode takes a decoder object ID and a
pointer to the power mode string as parameters. It sets
the memory pointed to by pbsPowerMode to the decoder
power mode.
0KamDecoderGetMaxSpeed

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| piSpeedStep | int * | 2 | Out | Pointer to max speed step |

1    Opaque object ID handle returned by
KamDecoderPutAdd.
2    14, 28, 56, or 128 for locomotive decoders. 0 for
accessory decoders.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamDecoderGetMaxSpeed takes a decoder object ID and a
pointer to the maximum supported speed step as
parameters. It sets the memory pointed to by piSpeedStep
to the maximum speed step supported by the decoder.
A.    Commands to control locomotive decoders
          This section describes the commands that
control locomotive decoders. These commands control
things such as locomotive speed and direction. For
efficiency, a copy of all the engine variables such speed
is stored in the server. Commands such as KamEngGetSpeed
communicate only with the server, not the actual decoder.
You should first make any changes to the server copy of
the engine variables. You can send all changes to the
engine using the KamCmdCommand command.
0KamEngGetSpeed

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| lpSpeed | int * | 2 | Out | Pointer to locomotive speed |
| lpDirection | int * | 3 | Out | Pointer to locomotive direction |

1    Opaque object ID handle returned by
KamDecoderPutAdd.
2    Speed range is dependent on whether the decoder is
set to 14, 28, or 128 speed steps and matches the values
defined by NMRA S9.2 and RP 9.2.1. 0 is stop and 1 is
emergency stop for all modes.
3    Forward is boolean TRUE and reverse is boolean
FALSE.

| Return Value | Type | Range | Description |
|---|---|---|---|

US 6,530,329 B2

**25**

**26**

-continued

-continued

APPLICATION PROGRAMMING INTERFACE

APPLICATION PROGRAMMING INTERFACE

| | | | |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamEngGetSpeed takes the decoder object ID and pointers
to locations to store the locomotive speed and direction
as parameters. It sets the memory pointed to by lpSpeed
to the locomotive speed and the memory pointed to by
lpDirection to the locomotive direction.
0KamEngPutSpeed

| Parameter List | Type | Range | Direction | Description* |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iSpeed | int * | 2 | In | Locomotive speed |
| iDirection | int * | 3 | In | Locomotive direction |

1    Opaque object ID handle returned by
KamDecoderPutAdd.
2    Speed range is dependent on whether the decoder is
set to 14, 18, or 128 speed steps and matches the values
defined by NMRA S9.2 and RP 9.2.1. 0 is stop and 1 is
emergency stop for all modes.
3    Forward is boolean TRUE and reverse is boolean
FALSE.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamEngPutSpeed takes the decoder object ID, new
locomotive speed, and new locomotive direction as
parameters. It sets the locomotive database speed to
iSpeed and the locomotive database direction to
iDirection. Note: This command only changes the
locomotive database. The data is not sent to the decoder
until execution of the KamCmdCommand command. Speed is
set to the maximum possible for the decoder if iSpeed
exceeds the decoders range.
0KamEngGetSpeedSteps

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| lpSpeedSteps | int * | 14,28,128 | Out | Pointer to number of speed steps |

1    Opaque object ID handle returned by
KamDecoderPutAdd.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamEngGetSpeedSteps takes the decoder object ID and a
pointer to a location to store the number of speed steps
as a parameter. It sets the memory pointed to by
lpSpeedSteps to the number of speed steps.
0KamEngPutSpeedSteps

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iSpeedSteps | int | 14,28,128 | In | Locomotive speed steps |

1    Opaque object ID handle returned by
KamDecoderPutAdd.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamEngPutSpeedSteps takes the decoder object ID and a new
number of speed steps as a parameter. It sets the number
of speed steps in the locomotive database to iSpeedSteps.
Note: This command only changes the locomotive database.
The data is not sent to the decoder until execution of
the KamCmdCommand command. KamDecoderGetMaxSpeed returns
the maximum possible speed for the decoder. An error is
generated if an attempt is made to set the speed steps
beyond this value.
0KamEngPutFunction

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iFunctionID | int | 0–8 | In | Function ID number |
| lpFunction | int * | 3 | Out | Pointer to function value |

1    Opaque object ID handle returned by
KamDecoderPutAdd.

5    2    FL is 0. F1–F8 are 1–8 respectively. Maximum for
this decoder is given by KamEngGetFunctionMax. 3
Function active is boolean TRUE and inactive is boolean
FALSE.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

10    1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamEngGetFunction takes the decoder object ID, a function
ID, and a pointer to the location to store the specified
function state as parameters. It sets the memory pointed
to by lpFunction to the specified function state.
0KamEngPutFunction

15

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iFunctionID | int | 0–8 2 | In | Function ID number |
| iFunction | int | 3 | In | Function value |

1    Opaque object ID handle returned by
KamDecoderPutAdd.
20    2    FL is 0. F1–F8 are 1–8 respectively. Maximum for
this decoder is given by KamEngGetFunctionMax.
3    Function active is boolean TRUE and inactive is
boolean FALSE.

| Return Value | Type | Range | Description* |
|---|---|---|---|
| iError short | 1 | | Error flag |

25    1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamEngPutFunction takes the decoder object ID, a function
ID, and a new function state as parameters. It sets the
specified locomotive database function state to
iFunction. Note: This command only changes the
30    locomotive database. The data is not sent to the decoder
until execution of the KamCmdCommand command.
0KamEngGetFunctionMax

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| piMaxFunction | int * | 0–8 | Out | Pointer to maximum function number |

35

1    Opaque object ID handle returned by
KamDecoderPutAdd.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
40    KamEngGetFunctionMax takes a decoder object ID and a
pointer to the maximum function ID as parameters. It
sets the memory pointed to by piMaxFunction to the
maximum possible function number for the specified
decoder.
0KamEngGetName

45

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| pbsEngName | BSTR | 2 | Out | Pointer to locomotive name |

1    Opaque object ID handle returned by
KamDecoderPutAdd.
50    2    Exact return type depends on language. It is
Cstring * for C++. Empty string on error.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
55    KamEngGetName takes a decoder object ID and a pointer to
the locomotive name as parameters. It sets the memory
pointed to by pbsEngName to the name of the locomotive.
0KamEngPutName

| Parameter List | Type | Range | Direction | Description* |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| bsEngName | BSTR | 2 | Out | Locomotive name |

60    1    Opaque object ID handle returned by
KamDecoderPutAdd.
2    Exact parameter type depends on language. It is
LPCSTR for C++.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

65    1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).

US 6,530,329 B2

<table>
<tr><td>27</td><td>28</td></tr>
</table>

-continued

| APPLICATION PROGRAMMING INTERFACE |
| --- |

KamEngPutName takes a decoder object ID and a BSTR as parameters. It sets the symbolic locomotive name to bsEngName.

0KamEngPutFunctionName

| Parameter List | Type | Range | Direction | Description |
| --- | --- | --- | --- | --- |
| IDecoderObjectID | long | 1 | In | Decoder object ID |
| iFunctionID | int | 0–8 2 | In | Function ID number |
| pbsFcnNameString | BSTR * | 3 | Out | Pointer to function name |

1 Opaque object ID handle returned by KamDecoderPutAdd.
2 FL is 0. F1–F8 are 1–8 respectively. Maximum for this decoder is given by KamEngGetFunctionMax. 3 Exact return type depends on language. It is Cstring * for C++. Empty string on error.

| Return Value | Type | Range | Description |
| --- | --- | --- | --- |
| iError short | 1 | | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).

KamEngGetFunctionName takes a decoder object ID, function ID, and a pointer to the function name as parameters. It sets the memory pointed to by pbsFcnNameString to the symbolic name of the specified function.

0KamEngPutFunctionName

| Parameter List | Type | Range | Direction | Description |
| --- | --- | --- | --- | --- |
| IDecoderObjectID | long | 1 | In | Decoder object ID |
| iFunctionID | int | 0–8 2 | In | Function ID number |
| bsFcnNameString | BSTR | 3 | In | Function name |

1 Opaque object ID handle returned by KamDecoderPutAdd.
2 FL is 0. F1–F8 are 1–8 respectively. Maximum for this decoder is given by KamEngGetFunctionMax.
3 Exact parameter type depends on language. It is LPCSTR for C++.

| Return Value | Type | Range | Description |
| --- | --- | --- | --- |
| iError short | 1 | | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).

KamEngPutFunctionName takes decoder object ID, function ID, and a BSTR as parameters. It sets the specified symbolic function name to bsFcnNameString.

0KamEngGetConsistMax

| Parameter List | Type | Range | Direction | Description |
| --- | --- | --- | --- | --- |
| IDecoderObjectID | long | 1 | In | Decoder object ID |
| piMaxConsist | int * | 2 | Out | Pointer to max consist number |

1 Opaque object ID handle returned by KamDecoderPutAdd.
2 Command station dependent.

| Return Value | Type | Range | Description |
| --- | --- | --- | --- |
| iError short | 1 | | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).

KamEngGetConsistMax takes the decoder object ID and a pointer to a location to store the maximum consist as parameters. It sets the location pointed to by piMaxConsist to the maximum number of locomotives that can but placed in a command station controlled consist. Note that this command is designed for command station consisting. CV consisting is handled using the CV commands.

0KamEngPutConsistParent

| Parameter List | Type | Range | Direction | Description |
| --- | --- | --- | --- | --- |
| IDCCParentObjID | long | 1 | In | Parent decoder object ID |
| IDCCAliasAddr | int | 2 | In | Alias decoder address |

1 Opaque object ID handle returned by KamDecoderPutAdd.
2 1–127 for short locomotive addresses. 1–10239 for long locomotive decoders.

| Return Value | Type | Range | Description |
| --- | --- | --- | --- |
| iError short | 1 | | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).

KamEngPutConsistParent takes the parent object ID and an alias address as parameters. It makes the decoder specified by IDCCParentObjID the consist parent referred to by IDCCAliasAddr. The consist parent is designed for command station consisting. CV consisting is handled using the CV commands. If a new parent is defined for a consist; the old parent becomes a child in the consist. To delete a parent in a consist without deleting the consist, you must add a new parent then delete the old parent using KamEngPutConsistRemoveObj.

0KamEngPutConsistChild

| Parameter List | Type | Range | Direction | Description |
| --- | --- | --- | --- | --- |
| IDCCParentObjID | long | 1 | In | Parent decoder object ID |
| IDCCObjID | long | 1 | In | Decoder object ID |

1 Opaque object ID handle returned by KamDecoderPutAdd.

| Return Value | Type | Range | Description |
| --- | --- | --- | --- |
| iError short | 1 | | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).

KamEngPutConsistChild takes the decoder object ID and decoder object ID as parameters. It assigns the decoder specified by IDCCObjID to the consist identified by IDCCParentObjID. Note that this command is designed for command station consisting. CV consisting is handled using the CV commands. Note: This command is invalid if the parent has not been set previously using KamEngPutConsistParent.

0KamEngPutConsistRemoveObj

| Parameter List | Type | Range | Direction | Description |
| --- | --- | --- | --- | --- |
| IDecoderObjectID | long | 1 | In | Decoder object ID |

1 Opaque object ID handle returned by KamDecoderPutAdd.

| Return Value | Type | Range | Description |
| --- | --- | --- | --- |
| iError short | 1 | | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).

KamEngPutConsistRemoveObj takes the decoder object ID as a parameter. It removes the decoder specified by IDecoderObjectID from the consist. Note that this command is designed for command station consisting. CV consisting is handled using the CV commands. Note: If the parent is removed, all children are removed also.

A. Commands to control accessory decoders

This section describes the commands that control accessory decoders. These commands control things such as accessory decoder activation state. For efficiency, a copy of all the engine variables such decoder is stored in the server. Commands such as KamAccGetFunction communicate only with the server, not the actual decoder. You should first make any changes to the server copy of the engine variables. You can send all changes to the engine using the KamCmdCommand command.

0KamAccGetFunction

| Parameter List | Type | Range | Direction | Description |
| --- | --- | --- | --- | --- |
| IDecoderObjectID | long | 1 | In | Decoder object ID |
| iFunctionID | int | 0–31 2 | In | Function ID number |
| lpFunction | int * | 3 | Out | Pointer to function value |

1 Opaque object ID handle returned by KamDecoderPutAdd.
2 Maximum for this decoder is given by KamAccGetFunctionMax.
3 Function active is boolean TRUE and inactive is boolean FALSE.

| Return Value | Type | Range | Description |
| --- | --- | --- | --- |
| iError short | 1 | | Error flag |

1 iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).

KamAccGetFunction takes the decoder object ID, a function ID, and a pointer to the location to store the specified function state as parameters. It sets the memory pointed to by lpFunction to the specified function state.

0KamAccGetFunctionAll

| Parameter List | Type | Range | Direction | Description |
| --- | --- | --- | --- | --- |
| IDecoderObjectID | long | 1 | In | Decoder object ID |
| piValue | int * | 2 | Out | Function bit mask |

US 6,530,329 B2

29                                                          30

-continued

APPLICATION PROGRAMMING INTERFACE

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Each bit represents a single function state.
Maximum for this decoder is given by
KamAccGetFunctionMax.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |
| 1 | iError = 0 for success. Nonzero is an error number | | |

(see KamMiscGetErrorMsg).
KamAccGetFunctionAll takes the decoder object ID and a
pointer to a bit mask as parameters. It sets each bit in
the memory pointed to by piValue to the corresponding
function state.
0KamAccPutFunction

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iFunctionID | int | 0–31 2 | In | Function ID number |
| iFunction | int | 3 | In | Function value |

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Maximum for this decoder is given by
KamAccGetFunctionMax.
3       Function active is boolean TRUE and inactive is
boolean FALSE.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |
| 1 | iError = 0 for success. Nonzero is an error number | | |

(see KamMiscGetErrorMsg).
KamAccPutFunction takes the decoder object ID, a function
ID, and a new function state as parameters. It sets the
specified accessory database function state to iFunction.
Note: This command only changes the accessory database.
The data is not sent to the decoder until execution of
the KamCmdCommand command.
0KamAccPutFunctionAll

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iValue | int | 2 | In | Pointer to function state array |

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Each bit represents a single function state.
Maximum for this decoder is given by
KamAccGetFunctionMax.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |
| 1 | iError = 0 for success. Nonzero is an error number | | |

(see KamMiscGetErrorMsg).
KamAccPutFunctionAll takes the decoder object ID and a
bit mask as parameters. It sets all decoder function
enable states to match the state bits in iValue. The
possible enable states are TRUE and FALSE. The data is
not sent to the decoder until execution of the
KamCmdCommand command.
0KamAccGetFunctionMax

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| piMaxFunction | int * | 0–31 2 | Out | Pointer to maximum function number |

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Maximum for this decoder is given by
KamAccGetFunctionMax.

| Return Value | . | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |
| 1 | iError = 0 for success. Nonzero is an error number | | |

(see KamMiscGetErrorMsg).
KamAccGetFunctionMax takes a decoder object ID and
pointer to the maximum function number as parameters. It
sets the memory pointed to by piMaxFunction to the
maximum possible function number for the specified
decoder.
0KamAccGetName

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| pbsAccNameString | BSTP * | 2 | Out | Accessory name |

1       Opaque object ID handle returned by

5       KamDecoderPutAdd.
2       Exact return type depends on language. It is
Cstring * for C++. Empty string on error.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |
| 1 | iError = 0 for success. Nonzero is an error number | | |

(see KamMiscGetErrorMsg).
KamAccGetName takes a decoder object ID and a pointer to
a string as parameters. It sets the memory pointed to by
pbsAccNameString to the name of the accessory.
0KamAccPutName

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| bsAccNameString | BSTR | 2 | In | Accessory name |

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Exact parameter type depends on language. It is
LPCSTR for C++.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |
| 1 | iError = 0 for success. Nonzero is an error number | | |

(see KamMiscGetErrorMsg).
KamAccPutName takes a decoder object ID and a BSTR as
parameters. It sets the symbolic accessory name to
bsAccName.
0KamAccGetFunctionName

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iFunctionID | int | 0–31 2 | In | Function ID number |
| pbsFcnNameString | BSTR * | 3 | Out | Pointer to function name |

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Maximum for this decoder is given by
KamAccGetFunctionMax.
3       Exact return type depends on language. It is
Cstring * for C++. Empty string on error.

| Return Value | Type | Range | Description* |
|---|---|---|---|
| iError short | 1 | | Error flag |
| 1 | iError = 0 for success. Nonzero is an error number | | |

(see KamMiscGetErrorMsg).
KamAccGetFunctionName takes a decoder object ID,
function ID, and a pointer to a string as parameters. It
sets the memory pointed to by pbsFcnNameString to the
symbolic name of the specified function.
0KamAccPutFunctionName

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iFunctionID | int | 0–31 2 | In | Function ID number |
| bsFcnNameString | BSTR | 3 | In | Function |

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Maximum for this decoder is given by
KamAccGetFunctionMax.
3       Exact parameter type depends on language. It is
LPCSTR for C++.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |
| 1 | iError = 0 for success. Nonzero is an error number | | |

(see KamMiscGetErrorMsg).
KamAccPutFunctionName takes a decoder object ID, function
ID, and a BSTR as parameters. It sets the specified
symbolic function name to bsFcnNameString.
0KamAccRegFeedback

| Parameter List | Type | Range | Direction | Description* |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| bsAccNode | BSTR | 2 | In | Server node name |
| iFunctionID | int | 0–31 3 | In | Function ID number |

1       Opaque object ID handle returned by
KamDecoderPutAdd.
2       Exact parameter type depends on language. It is
LPCSTR for C++.
3       Maximum for this decoder is given by
KamAccGetFunctionMax.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |
| 1 | iError = 0 for success. Nonzero is an error number | | |

US 6,530,329 B2

**31**

-continued

APPLICATION PROGRAMMING INTERFACE

```
(see KamMiscGetErrorMsg).
KamAccRegFeedback takes a decoder object ID, node name
string, and function ID, as parameters. It registers
interest in the function given by iFunctionID by the
method given by the node name string bsAccNode.
bsAccNode identifies the server application and method to
call if the function changes state. Its format is
"\\{Server}\{App}.{Method}" where {Server} is the server
name, {App} is the application name, and {Method} is the
method name.
0KamAccRegFeedbackAll
Parameter List    Type     Range    Direction    Description
IDecoderObjectID  long     1        In           Decoder object ID
bsAccNode         BSTR     2        In           Server node name
1     Opaque object ID handle returned by
KamDecoderPutAdd.
2     Exact parameter type depends on language. It is
LPCSTR for C++.
Return Value      Type     Range    Description
iError short      1        Error flag
1     iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamAccRegFeedbackAll takes a decoder object ID and node
name string as parameters. It registers interest in all
functions given by the method given by the node name string
bsAccNode. bsAccNode identifies the server application
and method to call if the function changes state. Its
format is "\\{Server}\{App}.{Method}" where {Server} is
the server name, {App} is the application name, and
{Method} is the method name.
0KamAccFeedback
Parameter List    Type     Range    Direction    Description
IDecoderObjectID  long     1        In           Decoder object ID
bsAccNode         BSTR     2        In           Server node name
iFunctionID       int      0–31 3   In           Function ID number
1     Opaque object ID handle returned by
KamDecoderPutAdd.
2     Exact parameter type depends on language. It is
LPCSTR for C++.
3     Maximum for this decoder is given by
KamAccGetFunctionMax.
Return Value      Type     Range    Description
iError short      1        Error flag
1     iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamAccDelFeedback takes a decoder object ID, node name
string, and function ID, as parameters. It deletes
interest in the function given by iFunctionID by the
method given by the node name string bsAccNode.
bsAccNode identifies the server application and method to
call if the function changes state. Its format is
"\\{Server}\{App}.{Method}" where {Server} is the server
name, {App} is the application name, and {Method} is the
method name.
0KamAccDelFeedbackAll
Parameter List    Type     Range    Direction    Description
IDecoderObjectID  long     1        In           Decoder object ID
bsAccNode         BSTR     2        In           Server node name
1     Opaque object ID handle returned by
KamDecoderPutAdd.
2     Exact parameter type depends on language. It is
LPCSTR for C++.
Return Value      Type     Range    Description
iError short      1        Error flag
1     iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamAccDelFeedbackAll takes a decoder object ID and node
name string as parameters. It deletes interest in all
functions given by the method given by the node name string
bsAccNode. bsAccNode identifies the server application
and method to call if the function changes state. Its
format is "\\{Server}\{App}.{Method}" where {Server} is
the server name, {App} is the application name, and
{Method} is the method name.
A.    Commands to control the command station
           This section describes the commands that
control the command station. These commands do things
```

**32**

-continued

APPLICATION PROGRAMMING INTERFACE

```
such as controlling command station power. The steps to
control a given command station vary depending on the
type of command station.
0KamOprPutTurnOnStation
Parameter List    Type     Range       Direction    Description
iLogicalPortID    int      1–65535 1   In           Logical port ID
1     Maximum value for this server given by
KamPortGetMaxLogPorts.
Return Value      Type     Range    Description
iError short      1        Error flag
1     iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamOprPutTurnOnStation takes a logical port ID as a
parameter. It performs the steps necessary to turn on
the command station. This command performs a combination
of other commands such as KamOprPutStartStation,
KamOprPutClearStation, and KamOprPutPowerOn.
0KamOprPutStartStation
Parameter List    Type     Range       Direction    Description
iLogicalPortID    int      1–65535 1   In           Logical port ID
1     Maximum value for this server given by
KamPortGetMaxLogPorts.
Return Value      Type     Range    Description
iError short      1        Error flag
1     iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamOprPutStartStation takes a logical port ID as a
parameter. It performs the steps necessary to start the
command station.
0KamOprPutClearStation
Parameter List    Type     Range       Direction    Description
iLogicalPortID    int      1–65535 1   In           Logical port ID
1     Maximum value for this server given by
KamPortGetMaxLogPorts.
Return Value      Type     Range    Description
iError short      1        Error flag
1     iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamOprPutClearStation takes a logical port ID as a
parameter. It performs the steps necessary to clear the
command station queue.
0KamOprPutStopStation
Parameter List    Type     Range       Direction    Description
iLogicalPortID    int      1–65535 1   In           Logical port ID
1     Maximum value for this server given by
KamPortGetMaxLogPorts.
Return Value      Type     Range    Description
iError short      1        Error flag
1     iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamOprPutStopStation takes a logical port ID as a
parameter. It performs the steps necessary to stop the
command station.
0KamOprPutPowerOn
Parameter List    Type     Range       Direction    Description
iLogicalPortID    int      1–65535 1   In           Logical port ID
1     Maximum value for this server given by
KamPortGetMaxLogPorts.
Return Value      Type     Range    Description
iError short      1        Error flag
1     iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamOprPutPowerOn takes a logical port ID as a parameter.
It performs the steps necessary to apply power to the
track.
0KamOprPutPowerOff
Parameter List    Type     Range       Direction    Description
iLogicalPortID    int      1–65535 1   In           Logical port ID
1     Maximum value for this server given by
KamPortGetMaxLogPorts.
Return Value      Type     Range    Description
iError short      1        Error flag
1     iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamOprPutPowerOff takes a logical port ID as a parameter.
It performs the steps necessary to remove power from the
track.
```

US 6,530,329 B2

<table>
<tr><td>33</td><td>34</td></tr>
</table>

-continued

-continued

APPLICATION PROGRAMMING INTERFACE

APPLICATION PROGRAMMING INTERFACE

0KamOprPutHardReset

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iLogicalPortID | int | 1–65535 | 1  In | Logical port ID |

1    Maximum value for this server given by
KamPortGetMaxLogPorts.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamOprPutHardReset takes a logical port ID as a
parameter. It performs the steps necessary to perform a
hard reset of the command station.

0KamOprPutEmergencyStop

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iLogicalPortID | int | 1–65535 | 1  In | Logical port ID |

1    Maximum value for this server given by
KamPortGetMaxLogPorts.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamOprPutEmergencyStop takes a logical port ID as a
parameter. It performs the steps necessary to broadcast
an emergency stop command to all decoders.

0KamOprGetStationStatus

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iLogicalPortID | int | 1–65535 | 1  In | Logical port ID |
| pbsCmdStat | BSTR * | 2 | Out | Command station status string |

1    Maximum value for this server given by
KamPortGetMaxLogPorts.
2    Exact return type depends on language. It is
Cstring * for C++.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamOprGetStationStatus takes a logical port ID and a
pointer to a string as parameters. It set the memory
pointed to by pbsCmdStat to the command station status.
The exact format of the status BSTR is vendor dependent.

A.    Commands to configure the command station
communication port

This section describes the commands that
configure the command station communication port. These
commands do things such as setting BAUD rate. Several of
the commands in this section use the numeric controller
ID (iControllerID) to identify a specific type of
command station controller. The following table shows the
mapping between the controller ID (iControllerID) and
controller name (bsControllerName) for a given type of
command station controller.

| iControllerID | bsControllerName | Description |
|---|---|---|
| 0 | UNKNOWN | Unknown controller type |
| 1 | SIMULAT | Interface simulator |
| 2 | LENZ_1x | Lenz version 1 serial support module |
| 3 | LENZ_2x | Lenz version 2 serial support module |
| 4 | DIGIT_DT200 | Digitrax direct drive support using DT200 |
| 5 | DIGIT_DCS100 | Digitrax direct drive support using DCS100 |
| 6 | MASTERSERIES | North coast engineering master series |
| 7 | SYSTEMONE | System one |
| 8 | RAMFIX | RAMFixx system |
| 9 | SERIAL | NMRA serial interface |
| 10 | EASYDCC | CVP Easy DCC |
| 11 | MPK6050 | Marklin 6050 interface (AC and DC) |
| 12 | MPK6023 | Marklin 6023 interface (AC) |
| 13 | DIGIT_PR1 | Digitrax direct drive using PR1 |
| 14 | DIRECT | Direct drive interface routine |
| 15 | ZTC | ZTC system ltd |
| 16 | TRIX | TRIX controller |

| iIndex | Name | iValue Values |
|---|---|---|
| 0 | RETRANS | 10–255 |
| 1 | RATE | 0 - 300 BAUD, 1 - 1200 BAUD, 2 - 2400 BAUD, 3 - 4800 BAUD, 4 - 9600 BAUD, 5 - 14400 BAUD, |

| | | | | |
|---|---|---|---|---|
| | | 6 - 16400 BAUD, 7 - 19200 BAUD | | |
| 2 | PARITY | 0 - NONE, 1 - ODD, 2 - EVEN, 3 - MARK, 4 - SPACE | | |
| 3 | STOP | 0 - 1 bit, 1 - 1.5 bits, 2 - 2 bits | | |
| 4 | WATCHDOG | 500 - 65535 milliseconds. Recommended value 2048 | | |
| 5 | FLOW | 0 - NONE, 1 - XON/XOFF, 2 - RTS/CTS, 3 BOTH | | |
| 6 | DATA | 0 - 7 bits, 1 - 8 bits | | |
| 7 | DEBUGBit | mask. Bit 1 sends messages to debug file. Bit 2 sends messages to the screen. Bit 3 shows queue data. Bit 4 shows UI actions. Bit 5 is reserved. Bit 6 shows semaphore and critical sections. Bit 7 shows miscellaneous messages. Bit 8 shows comm port activity. 130 decimal is recommended for debugging. | | |
| 8 | PARALLEL | | | |

0KamPortPutConfig

| Parameter List | Type | Range | Direction | Description* |
|---|---|---|---|---|
| iLogicalPortID | int | 1–65535 | 1  In | Logical port ID |
| iIndex | int | 2 | In | Configuration type index |
| iValue | int | 2 | In | Configuration value |
| iKey | int | 3 | In | Debug key |

1    Maximum value for this server given by
KamPortGetMaxLogPorts.
2    See FIG. 7: Controller configuration index values
for a table of indexes and values.
3    Used only for the DEBUG iIndex value. Should be set
to 0.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamPortPutConfig takes a logical port ID, configuration
index, configuration value, and key as parameters. It
sets the port parameter specified by iIndex to the value
specified by iValue. For the DEBUG iIndex value, the
debug file path is C:\Temp\Debug{PORT}.txt where {PORT}
is the physical comm port ID.

0KamPortGetConfig

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iLogicalPortID | int | 1–65535 | 1  In | Logical port ID |
| iIndex | int | 2 | In | Configuration type index |
| piValue | int * | 2 | Out | Pointer to configuration value |

1    Maximum value for this server given by
KamPortGetMaxLogPorts.
2    See FIG. 7: Controller configuration index values
for a table of indexes and values.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamPortGetConfig takes a logical port ID, configuration
index, and a pointer to a configuration value as
parameters. It sets the memory pointed to by piValue to
the specified configuration value.

0KamPortGetName

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iPhysicalPortID | int | 1–65535 | 1  In | Physical port number |
| pbsPortName | BSTR * | 2 | Out | Physical port name |

1    Maximum value for this server given by
KamPortGetMaxPhysical.
2    Exact return type depends on language. It is
Cstring * for C++. Empty string on error.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError short | 1 | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamPortGetName takes a physical port ID number and a
pointer to a port name string as parameters. It sets the
memory pointed to by pbsPortName to the physical port
name such as "COMM1."

0KamPortPutMapController

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iLogicalPortID | int | 1–65535 | 1  In | Logical port ID |
| iControllerID | int | 1–65535 | 2  In | Command station type ID |

US 6,530,329 B2

<table>
<tr><td>35</td><td>36</td></tr>
</table>

-continued

### APPLICATION PROGRAMMING INTERFACE

| | | | | |
|---|---|---|---|---|
| iCommPortID | int | 1–65535 | 3 In | Physical comm port ID |

1    Maximum value for this server given by KamPortGetMaxLogPorts.
2    See FIG. 6: Controller ID to controller name mapping for values. Maximum value for this server is given by KamMiscMaxControllerID.
3    Maximum value for this server given by KamPortGetMaxPhysical.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamPortPutMspController takes a logical port ID, a command station type ID, and a physical communications port ID as parameters. It maps iLogicalPortID to iCommPortID for the type of command station specified by iControllerID.
0KamPortGetMaxLogPorts

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| piMaxLogicalPorts | int * | 1 | Out | Maximum logical port ID |

1    Normally 1–65535. 0 returned on error.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamPortGetMaxLogPorts takes a pointer to a logical port ID as a parameter. It sets the memory pointed to by piMaxLogicalPorts to the maximum logical port ID.
0KamPortGetMaxPhysical

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| pMaxPhysical | int * | 1 | Out | Maximum physical port ID |
| pMaxSerial | int * | 1 | Out | Maximum serial port ID |
| pMaxParallel | int * | 1 | Out | Maximum parallel port ID |

1    Normally 1–65535. 0 returned on error.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamPortGetMaxPhysical takes a pointer to the number of physical ports, the number of serial ports, and the number of parallel ports as parameters. It sets the memory pointed to by the parameters to the associated values
A.    Commands that control command flow to the command station
       This section describes the commands that control the command flow to the command station. These commands do things such as connecting and disconnecting from the command station.
0KamCmdConnect

| Parameter List | Type | Range | Direction | Description* |
|---|---|---|---|---|
| iLogicalPortID | int | 1–65535 | 1 In | Logical port ID |

1    Maximum value for this server given by KamPortGetMaxLogPorts.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamCmdConnect takes a logical port ID as a parameter. It connects the server to the specified command station.
0KamCmdDisConnect

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iLogicalPortID | int | 1–65535 | 1 In | Logical port ID |

1    Maximum value for this server given by KamPortGetMaxLogPorts.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamCmdDisConnect takes a logical port ID as a parameter. It disconnects the server to the specified command station.

### APPLICATION PROGRAMMING INTERFACE

0KamCmdCommand

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |

1    Opaque object ID handle returned by KamDecoderPutAdd.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamCmdCommand takes the decoder object ID as a parameter. It sends all state changes from the server database to the specified locomotive or accessory decoder.
A.    Cab Control Commands
       This section describes commands that control the cabs attached to a command station.
0KamCabGetMessage

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iCabAddress | int | 1–65535 | 1 In | Cab address |
| pbsMsg | BSTR * | 2 | Out | Cab message string |

1    Maximum value is command station dependent.
2    Exact return type depends on language. It is Cstring * for C++. Empty string on error.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamCabGetMessage takes a cab address and a pointer to a message string as parameters. It sets the memory pointed to by pbsMsg to the present cab message.
0KamCabPutMessage

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iCabAddress | int | 1 | In | Cab address |
| bsMsg | BSTR | 2 | Out | Cab message string |

1    Maximum value is command station dependent.
2    Exact parameter type depends on language. It is LPCSTR for C++.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamCabPutMessage takes a cab address and a BSTR as parameters.
0KamCabGetCabAddr

| Parameter List | Type | Range | Direction | Description* |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| piCabAddress | int * | 1–65535 | 2 Out | Pointer to Cab address |

1    Opaque object ID handle returned by KamDecoderPutAdd.
2    Maximum value is command station dependent.

| Return Value | Type | Range | Descriptioni |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamCabGetCabAddr takes a decoder object ID and a pointer to a cab address as parameters. It set the memory pointed to by piCabAddress to the address of the cab attached to the specified decoder.
0KamCabPutAddrToCab

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| lDecoderObjectID | long | 1 | In | Decoder object ID |
| iCabAddress | int | 1–65535 | 2 In | Cab address |

1    Opaque object ID handle returned by KamDecoderPutAdd.
2    Maximum value is command station dependent.

| Return Value | Type | Range | Description |
|---|---|---|---|
| iError | short | 1 | Error flag |

1    iError = 0 for success. Nonzero is an error number (see KamMiscGetErrorMsg).
KamCabPutAddrToCab takes a decoder object ID and cab address as parameters. It attaches the decoder specified by iDCCAddr to the cab specified by iCabAddress.
A.    Miscellaneous Commands
       This section describes miscellaneous commands that do not fit into the other categories.
0KamMiscGetErrorMsg

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|

US 6,530,329 B2

<table>
<tr><td>37</td><td>38</td></tr>
</table>

-continued

APPLICATION PROGRAMMING INTERFACE

| iError | int | 0–65535 1 In | | Error flag |
|---|---|---|---|---|

1    iError = 0 success. Nonzero indicates an error.

| Return Value | Type | Range | | Description |
|---|---|---|---|---|
| bsErrorString | BSTR | 1 | | Error string |

1    Exact return type depends on language. It is
Cstring for C++. Empty string on error.
KamMiscGetErrorMsg takes an error flag as a parameter.
It returns a BSTR containing the descriptive error
message associated with the specified error flag.
0KamMiscGetClockTime

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iLogicalPortID | int | 1–65535 1 In | | Logical port ID |
| iSelectTimeMode | int | 2 | In | Clock source |
| piDay | int * | 0–6 | Out | Day of week |
| piHours | int * | 0–23 | Out | Hours |
| piMinutes | int * | 0–59 | Out | Minutes |
| piRatio | int * | 3 | Out | Fast clock ratio |

1    Maximum value for this server given by
KamPortGetMaxLogPorts.
2    0 - Load from command station and sync server.
1 - Load direct from server. 2 - Load from cached server
copy of command station time.
3    Real time clock ratio.

| Return Value | Type | Range | | Description |
|---|---|---|---|---|
| iError short | 1 | | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamMiscGetClockTime takes the port ID, the time mode, and
pointers to locations to store the day, hours, minutes,
and fast clock ratio as parameters. It sets the memory
pointed to by piDay to the day, hours, minutes,
fast clock ratio. It sets the memory
pointed to by piHours to the fast clock hours, sets the memory
pointed to by piMinutes to the fast clock minutes, and
the memory pointed to by piRatio to the fast clock ratio.
The servers local time will be returned if the command
station does not support a fast clock.
0KamMiscPutClockTime

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iLogicalPortID | int | 1–65535 1 In | | Logical port ID |
| iDay | int | 0–6 | In | Day of week |
| iHours | int | 0–23 | In | Hours |
| iMinutes | int | 0–59 | In | Minutes |
| iRatio | int | 2 | In | Fast clock ratio |

1    Maximum value for this server given by
KamPortGetMaxLogPorts. 2 Real time clock ratio.

| Return Value | Type | Range | | Description |
|---|---|---|---|---|
| iError short | 1 | | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamMiscPutClockTime takes the fast clock logical port,
the fast clock day, the fast clock hours, the fast clock
minutes, and the fast clock ratio as parameters. It sets
the fast clock using specified parameters.
0KamMiscGetInterfaceVersion

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| pbsInterfaceVersion | BSTR * | 1 | Out | Pointer to interface version string |

1    Exact return type depends on language. It is
Cstring for C++. Empty string on error.

| Return Value | Type | Range | | Description |
|---|---|---|---|---|
| iError short | 1 | | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamMiscGetInterfaceVersion takes a pointer to an
interface version string as a parameter. It sets the
memory pointed to by pbsInterfaceVersion to the interface
version string. The version string may contain multiple
lines depending on the number of interfaces supported.
0KamMiscSaveData

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| NONE | | | | |

| Return Value | Type | Range | | Description |
|---|---|---|---|---|
| iError short | 1 | | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamMiscSaveData takes no parameters. It saves all server
data to permanent storage. This command is run

automatically whenever the server stops running. Demo
versions of the program cannot save data and this command
will return an error in that case.
0KamMiscGetControllerName

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iControllerID | int | 1–65535 1 In | | Command station type ID |
| pbsName | BSTR * | 2 | Out | Command station type name |

1    See FIG. 6: Controller ID to controller name
mapping for values. Maximum value for this server is
given by KamMiscMaxControllerID.
2    Exact return type depends on language. It is
Cstring * for C++. Empty string on error.

| Return Value | Type | Range | | Description |
|---|---|---|---|---|
| pbsName | BSTR | 1 | | Command station type name |

| Return Value | Type | Range | | Description |
|---|---|---|---|---|
| iError short | 1 | | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamMiscGetControllerName takes a command station type ID
and a pointer to a type name string as parameters. It
sets the memory pointed to by pbsName to the command
station type name.
0KamMiscGetControllerNameAtPort

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iLogicalPortID | int | 1–65535 1 In | | Logical port ID |
| pbsName | BSTR * | 2 | Out | Command station type name |

1    Maximum value for this server given by
KamPortGetMaxLogPorts.
2    Exact return type depends on language. It is
Cstring * for C++. Empty string on error.

| Return Value | Type | Range | | Description |
|---|---|---|---|---|
| iError short | 1 | | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamMiscGetControllerName takes a logical port ID and a
pointer to a command station type name as parameters. It
sets the memory pointed to by pbsName to the command
station type name for that logical port.
0KamMiscGetCommandStationValue

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iControllerID | int | 1–65535 1 In | | Command station type ID |
| iLogicalPortID | int | 1–65535 2 In | | Logical port ID |
| iIndex | int | 3 | In | Command station array index |
| piValue | int * | 0–65535 | Out | Command station value |

1    See FIG. 6: Controller ID to controller name
mapping for values. Maximum value for this server is
given by KamMiscMaxControllerID.
2    Maximum value for this server given by
KamPortGetMaxLogPorts.
3    0 to KamMiscGetCommandStationIndex .

| Return Value | Type | Range | | Description |
|---|---|---|---|---|
| iError short | 1 | | | Error flag |

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamMiscGetCommandStationValue takes the controller ID,
logical port, value array index, and a pointer to the
location to store the selected value. It sets the memory
pointed to by piValue to the specified command station
miscellaneous data value.
0KamMiscSetCommandStationValue

| Parameter List | Type | Range | Direction | Description |
|---|---|---|---|---|
| iControllerID | int | 1–65535 1 In | | Command station type ID |
| iLogicalPortID | int | 1–65535 2 In | | Logical port ID |
| iIndex | int | 3 | In | Command station array index |
| iValue | int | 0–65535 | In | Command station Value |

1    See FIG. 6: Controller ID to controller name
mapping for values. Maximum value for this server is
given by KamMiscMaxControllerID.
2    Maximum value for this server given by
KamPortGetMaxLogPorts. 3 0 to
KamMiscGetCommandStationIndex.

| Return Value | Type | Range | | Description |
|---|---|---|---|---|

US 6,530,329 B2

<table>
<tr><th>39</th><th>40</th></tr>
</table>

-continued

-continued

<table>
<tr><th colspan="5">APPLICATION PROGRAMMING INTERFACE</th></tr>
<tr><td>iError short</td><td>1</td><td></td><td>Error flag</td><td></td></tr>
</table>

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamMiscSetCommandStationValue takes the controller ID,
logical port, array index, and new miscellaneous
data value. It sets the specified command station data
to the value given by piValue.
0KamMiscGetCommandStationIndex

<table>
<tr><th>Parameter List</th><th>Type</th><th>Range</th><th>Direction</th><th>Description</th></tr>
<tr><td>iControllerID</td><td>int</td><td>1–65535</td><td>1  In</td><td>Command station type ID</td></tr>
<tr><td>iLogicalPortID</td><td>int</td><td>1–65535</td><td>2  In</td><td>Logical port ID</td></tr>
<tr><td>piIndex</td><td>int</td><td>0–65535</td><td>Out</td><td>Pointer to maximum index</td></tr>
</table>

1    See FIG. 6: Controller ID to controller name
mapping for values. Maximum value for this server is
given by KamMiscMaxControllerID.
2    Maximum value for this server given by
KamPortGetMaxLogicalPorts.

<table>
<tr><th>Return Value</th><th>Type</th><th>Range</th><th>Description</th></tr>
<tr><td>iError short</td><td>1</td><td></td><td>Error flag</td></tr>
</table>

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamMiscGetCommandStationIndex takes the controller ID,
logical port, and a pointer to the location to store the
maximum index. It sets the memory pointed to by piIndex
to the specified command station maximum miscellaneous
data index.
0KamMiscMaxControllerID

<table>
<tr><th>Parameter List</th><th>Type</th><th>Range</th><th>Direction</th><th>Description</th></tr>
<tr><td>piMaxControllerID</td><td>int *</td><td>1–65535</td><td>1  Out</td><td>Maximum controller type ID</td></tr>
</table>

1    See FIG. 6: Controller ID to controller name
mapping for a list of controller ID values. 0 returned
on error.

<table>
<tr><th>Return Value</th><th>Type</th><th>Range</th><th>Description</th></tr>
<tr><td>iError short</td><td>1</td><td></td><td>Error flag</td></tr>
</table>

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamMiscMaxControllerID takes a pointer to the maximum
controller ID as a parameter. It sets the memory pointed
to by piMaxControllerID to the maximum controller type
ID.
0KamMiscGetControllerFacility

<table>
<tr><th>Parameter List</th><th>Type</th><th>Range</th><th>Direction</th><th>Description</th></tr>
<tr><td>iControllerID</td><td>int</td><td>1–65535</td><td>1  In</td><td>Command station type ID</td></tr>
<tr><td>pdwFacility</td><td>long *</td><td>2</td><td>Out</td><td>Pointer to command station facility mask</td></tr>
</table>

1    See FIG. 6: Controller ID to controller name
mapping for values. Maximum value for this server is
given by KamMiscMaxControllerID.
2    0 - CMDSDTA_PRGMODE_ADDR
1 - CMDSDTA_PRGMODE_REG
2 - CMDSDTA_PRGMODE_PAGE
3 - CMDSDTA_PRGMODE_DIR
4 - CMDSDTA_PRGMODE_FLYSHT
5 - CMDSDTA_PRGMODE_FLYLNG
6 - Reserved
7 - Reserved
8 - Reserved
9 - Reserved
10 - CMDSDTA_SUPPORT_CONSIST
11 - CMDSDTA_SUPPORT_LONG
12 - CMDSDTA_SUPPORT_FEED
13 - CMDSDTA_SUPPORT_2TRK
14 - CMDSDTA_PROGRAM_TRACK
15 - CMDSDTA_PROGMAM_POFF
16 - CMDSDTA_FEDMODE_ADDR
17 - CMDSDTA_FEDMODE_REG
18 - CMDSDTA_FEDMODE_PAGE
19 - CMDSDTA_FEDMODE_DIR
20 - CMDSDTA_FEDMODE_FLYSHT
21 - CMDSDTA_FEDMODE_FLYLNG
30 - Reserved
31 - CMDSDTA_SUPPORT_FASTCLK

<table>
<tr><th>Return Value</th><th>Type</th><th>Range</th><th>Description</th></tr>
</table>

<table>
<tr><th colspan="5">APPLICATION PROGRAMMING INTERFACE</th></tr>
<tr><td>iError short</td><td>1</td><td></td><td>Error flag</td><td></td></tr>
</table>

1    iError = 0 for success. Nonzero is an error number
(see KamMiscGetErrorMsg).
KamMiscGetControllerFacility takes the controller ID and
a pointer to the location to store the selected
controller facility mask. It sets the memory pointed to
by pdwFacility to the specified command station facility
mask.

The terms and expressions which have been employed in
the foregoing specification are used therein as terms of
description and not of limitation, and there is no intention,
in the use of such terms and expressions, of excluding
equivalents of the features shown and described or portions
thereof, it being recognized that the scope of the invention
is defined and limited only by the claims which follow.

What is claimed is:

1. A method of operating a digitally controlled model
railroad comprising the steps of:

(a) transmitting a first command from a first program to an
interface;

(b) transmitting a second command from a second pro-
gram to said interface; and

(c) sending third and fourth commands from said interface
representative of said first and second commands,
respectively, to a digital command station.

2. The method of claim 1, further comprising the steps of:

(a) providing an acknowledgment to said first program in
response to receiving said first command by said inter-
face prior to sending said third command to said digital
command station; and

(b) providing an acknowledgment to said second program
in response to receiving said second command by said
interface prior to sending said fourth command to said
digital command station.

3. The method of claim 2, further comprising the steps of:

(a) selectively sending said third command to one of a
plurality of digital command stations; and

(b) selectively sending said fourth command to one of
said plurality of digital command stations.

4. The method of claim 3, further comprising the step of
receiving command station responses representative of the
state of said digitally controlled model railroad from said
plurality of digital command stations.

5. The method of claim 4, further comprising the step of
comparing said command station responses to previous
commands sent to at least one of said plurality of digital
command stations to determine which of said previous
commands it corresponds with.

6. The method of claim 5, further comprising the steps of:

(a) maintaining a sending queue of commands to be
transmitted to said plurality of digital command sta-
tions; and

(b) retransmitting at least one of said commands in said
sending queue periodically until removed from said
sending queue as a result of the comparison of said
command station responses to previous commands.

7. The method of claim 6, further comprising the step of
updating a database of the state of said digitally controlled
model railroad based upon said receiving command station
responses representative of said state of said digitally con-
trolled model railroad.

8. The method of claim 7, further comprising the step of
providing said acknowledgment to said first program in

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,530,329 B2                              Page 1 of 1
DATED         : March 11, 2003
INVENTOR(S)   : Katzer

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 2,
Line 38, change "model railroad In" to -- model railroad. In --

Signed and Sealed this

Fifteenth Day of March, 2005

_____

JON W. DUDAS
*Director of the United States Patent and Trademark Office*