IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JACOBSEN,

    Plaintiff,

    v.

MATTHEW KATZER, KAMIND ASSOCIATES, INC. and KEVIN RUSSELL,

    Defendants.

No. C 06-01905 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTIONS**

This matter is set for a hearing on August 11, 2006 on (1) Defendant Matthew Katzer and Kamind Associates, Inc's motion to strike plaintiff's libel claim; (2) Defendant Kevin Russell's motion to dismiss for lack of jurisdiction and failure to state a claim; and (3) Defendant Kevin Russell's motion to strike pursuant to California Civil Procedure Code § 425.16.  The Court HEREBY ORDERS that any opposition to the motions shall be filed by no later than June 9, 2006 and any reply briefs shall be filed by no later than June 16, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 17, 2006

                                                    JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE