IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JACOBSEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW KATZER, KAMIND ASSOCIATES, INC. and KEVIN RUSSELL,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 06-01905 JSW<br><br>**ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO CONTINUE DATES** |

　　　　Having received Defendants Matthew Katzer, Kamind Associates, Inc. and Kevin Russell's joint administrative request to continue the dates for counsel to meet and confer re initial disclosures, to file joint ADR certification and to complete initial Rule 26(f) disclosures, does HEREBY GRANT such request. The parties shall meet and confer with regard to the preparation of their joint case management statement due no later than August 4, 2006, and shall suggest mutually-agreeable dates for all extant deadlines. The continued dates shall be set, if necessary, by the Court at the case management conference set for August 11, 2006 at 9:00 a.m., following the hearing on the parties' motions.

　　　　**IT IS SO ORDERED.**

Dated: May 30, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　_Jeffrey S. White_
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE