R. Scott Jerger (*pro hac vice*)
Field & Jerger, LLP
610 SW Alder Street, Suite 910
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276
Email: scott@fieldjerger.com

John C. Gorman (CA State Bar #91515)
Gorman & Miller, P.C.
210 N 4th Street, Suite 200
San Jose, CA 95112
Tel: (408) 297-2222
Fax: (408) 297-2224
Email: jgorman@gormanmiller.com

Attorneys for Defendants
Matthew Katzer and Kamind Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT JACOBSEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW KATZER, an individual, KAMIND ASSOCIATES, INC., an Oregon corporation dba KAM Industries, and KEVIN RUSSELL, an individual, <br><br> Defendants. | Case Number C06-1905-JSW <br><br> [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS MATTHEW KATZER AND KAMIND ASSOCIATES, INC.'S MOTION TO DISMISS AND MOTION TO STAY AND BIFURCATE |

  Defendants Matthew Katzer and Kamind Associates, Inc.'s motion to dismiss Counts 4 and 7 of the complaint for failure to state a claim on which relief can be granted, motion to dismiss Count 4 for lack of subject matter jurisdiction, and motion to bifurcate and stay Count 5 of the complaint is set for hearing on August 11, 2006.

Case Number C 06 1905 JSW
Order on Motion to Set a Briefing Schedule

1

1  Based upon the motion submitted by defendants Matthew Katzer, Kamind Associates,
2  Inc. and being fully advised in the premises, the Court hereby ORDERS that any opposition to
3  this motion shall be filed no later than July ~~10~~ 12, 2006 and any reply briefs shall be filed no later
4  than July ~~17~~ 19, 2006.

5

6  Dated: July 7, 2006

*Jeffrey S. White*
Hon. Jeffrey S. White
District Court Judge

7  Presented by:

8  _____/s/_____
9  R. Scott Jerger (*pro hac vice*)
   Field & Jerger, LLP
10 Attorney for KAM and Katzer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Case Number C 06 1905 JSW
Order on Motion to Set a Briefing Schedule

2