**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JACOBSEN, | |
| Plaintiff, | No. C 06-01905 JSW |
| v. | |
| MATTHEW KATZER, KAMIND ASSOCIATES, INC. and KEVIN RUSSELL, | **ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION RE AMENDED COMPLAINT** |
| Defendants. | |

Having received Plaintiff Robert Jacobsen's administrative motion re filing an amended complaint, and having received no opposition, the Court HEREBY ORDERS that Plaintiff may file an amended complaint. However, as represented in the administrative motion, the amended complaint shall not include the causes of action dismissed by this Court in its oral rulings on August 11, 2006 (written order to follow). The amended complaint shall be filed no later than September 11, 2006.

**IT IS SO ORDERED.**

Dated: August 30, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE