# Exhibit A

# Katzer U.S. Patents & Applications

Patent applications, their continuation applications, and issued patents.



Not shown: continuation application filed in 3/2006.