# Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

**TX 6-373-493**

EFFECTIVE DATE OF REGISTRATION

6 / 13 / 06
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
JMRI Decoder Definitions 1 7 1

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a**

NAME OF AUTHOR ▼
Robert Gibbs Jacobsen

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1957

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Contributed original content and updates

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼
Rick Beaber

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Contributed original content and updates

**c**

NAME OF AUTHOR ▼
Robin Becker

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Contributed original content and updates

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2005 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 18   Year ▶ 2005
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Gibbs Jacobsen / 1927 Marin Avenue / Berkeley CA 94707 2407

APPLICATION RECEIVED
JUN 1 3 2006
ONE DEPOSIT RECEIVED
JUN 1 3 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Signed assignment from each co-author

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   DO NOT WRITE HERE

' Added by C O from phone call to Robert Jacobsen on 8/4/06

EXAMINED BY ELY

CHECKED BY

CORRESPONDENCE ✓ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is 'Yes give Previous Registration Number ▶           Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previous version of computer program

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

' New and revised text of computer program code

**6** a  b

See Instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                          Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
Robert Gibbs Jacobsen / 1927 Marin Avenue / Berkeley CA 94707 2407

b

Area code and daytime telephone number ▶ 510 708-5988          Fax number ▶ 510 643 8497
Email ▶ rgj1927@pacbell net

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Robert Gibbs Jacobsen                                          Date ▶ June 14 2006

Handwritten signature (X) ▼
X _____

Certificate will be mailed in window envelope to this address

Name ▼ Robert Gibbs Jacobsen
Number/Street/Apt ▼ 1927 Marin Avenue
City/State/ZIP ▼ Berkeley CA 94707 2407

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form TX/CON**
UNITED STATES COPYRIGHT OFFICE

REGIS **TX 6-373-493**



| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

**6** (Month)   **13** (Day)   **06** (Year)

CONTINUATION SHEET RECEIVED
**JUN 13 2006**

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1  4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX or VA

Page **3** of **10** pages

**DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY**

## A  Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- **TITLE** (Give the title as given under the heading "Title of this Work  in Space 1 of the basic form )
  JMRI Decoder Definitions 1 7 1

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)**  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )
  Robert Gibbs Jacobsen / 1927 Marin Avenue / Berkeley CA 94707 2407

## B  Continuation of Space 2

### d
**NAME OF AUTHOR** ▼
Paul Bender

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☒ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
     Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by the author in which copyright is claimed ▼
Contributed original content and updates

### e
**NAME OF AUTHOR** ▼
Bob Blackwell

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a  work made for hire ?
☐ Yes
☒ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
     Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by the author in which copyright is claimed ▼
Contributed original content and updates

### f
**NAME OF AUTHOR** ▼
Simon Ginzburg

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire ?
☐ Yes
☒ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ Switzerland
     Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by the author in which copyright is claimed ▼
Contributed original content and updates

CONTINUATION OF (Check which)   ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**
Continuation
of other
Spaces

| Certificate will be mailed in window envelope to this address | Name ▼ Robert Gibbs JACOBSEN |
|---|---|
| | Number/Street/Apt ▼ 1927 MARIN AVENUE |
| | City/State/ZIP ▼ Berkeley CA 94707-2407 |

YOU MUST
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**D**

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA

DO NOT WRITE ABOVE THIS LINE FOR COPYRIGHT OFFICE USE ONLY



Form TX /CON
UNITED STATES COPYRIGHT OFFICE

REG  TX 6-373-493

PA | PAU | SE | SEG | SEU | SR | SRU | (TX) | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

6 / 13 / 06
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
JUN 1 3 2006

Page 5 of 10 pages

## A — Identification of Application

- IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading Title of this Work in Space 1 of the basic form)

  JMRI Decoder Definitions 1 7 1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA)

  Robert Gibbs Jacobsen / 1927 Marin Avenue / Berkeley CA 94707-2407

## B — Continuation of Space 2

**NAME OF AUTHOR ▼**
Phil Grainger

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☒ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United Kingdom
     { Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Contributed original content and updates

**NAME OF AUTHOR ▼**
Michael Mosher

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☒ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     { Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Contributed original content and updates

**NAME OF AUTHOR ▼**
Howard Penny

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☒ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     { Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Contributed original content and updates

CONTINUATION OF (Check which)   ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**

Continuation
of other
Spaces

| Certificate will be mailed in window envelope to this address | Name ▼ Robert Gibbs JACOBSEN |
|---|---|
| | Number/Street/Apt ▼  1927 MARIN AVENUE |
| | City/State/ZIP ▼  Berkeley CA 94707-2407 |

YOU MUST
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue S.E.

**D**

# COMPLETION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA

**C** Form TX /CON
UNITED STATES COPYRIGHT OFFICE

TX 6-373-493



| PA | PAU | SE | SEG | SEU | SR | SRU | (TX) | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

6    13    06
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
JUN 13 2006

Page 7 of 10 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading 'Title of this Work' in Space 1 of the basic form )
  JMRI Decoder Definitions 1 7 1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )
  Robert Gibbs Jacobsen / 1927 Marin Avenue / Berkeley CA 94707 2407

**B** Continuation of Space 2

NAME OF AUTHOR ▼
Joseph Salemi

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     { Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Contributed original content and updates

NAME OF AUTHOR ▼
Len Royles

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United Kingdom
     { Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Contributed original content and updates

NAME OF AUTHOR ▼
Mark Schutzer

DATES OF BIRTH AND DEATH
Year Born▼    Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     { Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Contributed original content and updates

CONTINUATION OF (Check which)  ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**
Continuation
of other
Spaces

---

| Certificate will be mailed in window envelope to this address | Name ▼ Robert Gibbs JACOBSEN |
|---|---|
| | Number/Street/Apt ▼ 1927 MAIN AVENUE |
| | City/State/ZIP ▼ Berkeley CA 94707-2407 |

**D**

YOU MUST:
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress Copyright Office
101 Independence Avenue S.E.
Washington D.C. 20559

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA

Form TX/CON
UNITED STATES COPYRIGHT OFFICE

REG  TX 6-373-493

PA | PAU | SE | SEG | SEU | SR | SRU | (TX) | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

6 (Month)   13 (Day)   06 (Year)

CONTINUATION SHEET RECEIVED

JUN 13 2006

Page 9 of 10 pages

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)

JMRI Decoder Definitions 1 7 1

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA)

Robert Gibbs Jacobsen / 1927 Marin Avenue / Berkeley CA 94707 2407

## B — Continuation of Space 2

NAME OF AUTHOR ▼
Jack Shall

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Contributed original content and updates

NAME OF AUTHOR ▼
Walter Thompson

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼
Contributed original content and updates

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
   No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

| CONTINUATION OF (Check which) | ☐ Space 1 | ☐ Space 4 | ☐ Space 6 |
|---|---|---|---|

**C**
Continuation
of other
Spaces

| Certificate will be mailed in window envelope to this address | Name ▼ Robert Gibbs JACOBSEN |
|---|---|
| | Number/Street/Apt ▼ 1927 MARIN AVENUE |
| | City/State/ZIP ▼ Berkeley CA 94707-2407 |

Complete all necessary spaces
Sign your application

1  Application form
2  Nonrefundable fee in check or money order payable to Register of Copyrights
3  Deposit Material

Library of Congress Copyright Office
101 Independence Avenue S.E.
Washington D C 20559-6000

**D**