R. Scott Jerger (*pro hac vice*)
Field & Jerger, LLP
610 SW Alder Street, Suite 910
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276
Email: scott@fieldjerger.com

John C. Gorman (CA State Bar #91515)
Gorman & Miller, P.C.
210 N 4th Street, Suite 200
San Jose, CA 95112
Tel: (408) 297-2222
Fax: (408) 297-2224
Email: jgorman@gormanmiller.com

Attorneys for Defendants
Matthew Katzer and Kamind Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT JACOBSEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW KATZER, an individual, and KAMIND ASSOCIATES, INC., an Oregon corporation dba KAM Industries,<br>Defendants. | Case Number C06-1905-JSW<br><br>[PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS MATTHEW KATZER AND KAMIND ASSOCIATES, INC.'S MOTIONS TO DISMISS, MOTION TO STRIKE, AND MOTION FOR A MORE DEFINITE STATEMENT |

Defendants Matthew Katzer and Kamind Associates, Inc.'s motions to dismiss for failure to state a claim on which relief can be granted, motion to dismiss for failure to join a necessary party, motion to strike, and motion for a more definite statement is set for hearing on December 15, 2006.

Case Number C 06 1905 JSW
Order on Motion to Set a Briefing Schedule

1

Based upon the motion submitted by defendants Matthew Katzer, Kamind Associates, Inc. and being fully advised in the premises, the Court hereby **ORDERS** that any opposition to this motion shall be filed no later than November 3, 2006 and any reply briefs shall be filed no later than November 17, 2006.

Dated: October 6, 2006

_____
Hon. Jeffrey S. White
District Court Judge

Presented by:

\_\_\_\_\_/s/_____
R. Scott Jerger (*pro hac vice*)
Field Jerger, LLP
Attorney for KAM and Katzer

Case Number C 06 1905 JSW
Order on Motion to Set a Briefing Schedule

2