IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JACOBSEN, | |
| Plaintiff, | No. C 06-01905 JSW |
| v. | |
| MATTHEW KATZER, KAMIND ASSOCIATES, INC. and KEVIN RUSSELL, | **ORDER DENYING ADMINISTRATIVE MOTION TO EXTEND DEADLINE** |
| Defendants. | |

The Court, having received Plaintiff's administrative motion to correct the deadline, hereby DENIES the motion. The Court may set a deadline for payment of attorney's fees and has set such deadline for October 30, 2006, ten full calendar days after defendants' special motions to strike were granted. The Court granted the motions to strike orally on the record on August 11, 2006 and informed Plaintiff that payment would be due ten days from receipt of the written order. The deadline remains October 30, 2006 for full payment of such fees and costs.

**IT IS SO ORDERED.**

Dated: October 23, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE