IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JACOBSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW KATZER and KAMIND ASSOCIATES, INC.,<br><br>    Defendants._____/ | No. C 06-01905 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION** |

This matter is set for a hearing on December 22, 2006 on Plaintiff's motion for preliminary injunction. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 10, 2006 and a reply brief, if any, shall be filed by no later than November 17, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 25, 2006

                                                                          _____
                                                                          JEFFREY S. WHITE
                                                                          UNITED STATES DISTRICT JUDGE