**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JACOBSEN, | |
|     Plaintiff, | No. C 06-01905 JSW |
| v. | |
| MATTHEW KATZER and KAMIND ASSOCIATES, INC., | **ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE** |
|     Defendants. | |

Pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of all discovery matters.

**IT IS SO ORDERED.**

Dated: January 19, 2007

                                          JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

cc: Wings Hom