**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8   ROBERT JACOBSEN,
9          Plaintiff,                    No. C 06-01905 JSW
10    v.
11  MATTHEW KATZER and KAMIND        **ORDER REFERRING MATTER FOR**
    ASSOCIATES, INC.,                **SETTLEMENT CONFERENCE TO**
12                                   **MAGISTRATE JUDGE LAPORTE**
          Defendants.
13
                                              /
14
15        Pursuant to Criminal Local Rule 11-1 and the consent of the parties, this matter is
16  HEREBY REFERRED to Magistrate Judge Elizabeth D. LaPorte for a settlement conference to
17  be completed by no later than December 14, 2007, if possible.
18
19        **IT IS SO ORDERED.**
20
21  Dated:  September 21, 2007
22                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE
23
24
25
26
    cc: Wings Hom
27
28