United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JACOBSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW KATZER, KAMIND ASSOCIATES, INC. and KEVIN RUSSELL,<br><br>    Defendants.<br>_____/ | No. C 06-01905 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

    This matter is set for a hearing on January 4, 2008 on Plaintiff's motion for leave to file a second amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 19, 2007 and a reply brief shall be filed by no later than November 26, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 1, 2007

                                                                         JEFFREY S. WHITE<br>                                                                         UNITED STATES DISTRICT JUDGE