1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACOBSEN,

                    Plaintiff,

    v.

KATZER, et al.,

                    Defendant.
_____/

No. C-06-01905 JSW (EDL)

**ORDER**

     The Court has reviewed Defendant's response to the Court's January 23, 2008 Order, Plaintiff's February 1, 2008 letter and e-mail regarding Defendant's response and Defendant's February 1, 2008 e-mail response to Plaintiff. The parties are instructed to discontinue e-mailing the Court's courtroom deputy regarding the parties' disputes. No further order will be entered at this time.

**IT IS SO ORDERED.**

Dated: February 1, 2008

                              *Elizabeth D. Laporte*
                          ELIZABETH D. LAPORTE
                          United States Magistrate Judge