IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JACOBSEN,

    Plaintiff,                         No. C 06-01905 JSW

  v.

MATTHEW KATZER and KAMIND ASSOCIATES, INC.,

    Defendants.

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS FOR LACK OF JURISDICTION**

      This matter is set for a hearing on April 11, 2008 on Defendants' motion to dismiss for lack of jurisdiction. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than February 29, 2008 and a reply brief shall be filed by no later than March 7, 2008.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      In addition, Defendants' pending motion to dismiss is CONTINUED from March 14, 2008 at 9:00 a.m. to April 11, 2008 at 9:00 a.m. The further case management conference is CONTINUED to April 11, 2008 at 9:00 a.m. to follow the hearing on the motions. A joint case management statement shall be filed by April 4, 2008.

      **IT IS SO ORDERED.**

Dated: February 15, 2008

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE