IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACOBSEN,

        Plaintiff,

  v.

KATZER, et al.,

        Defendant.

No. C-06-01905 JSW (EDL)

**ORDER FOLLOWING SETTLEMENT CONFERENCE**

The Court held a settlement conference in this matter on February 13, 2008. At the conference, the Court ordered the parties to submit by February 15, 2008 a joint letter updating the Court on the steps they are taking to follow up. If a joint letter cannot be submitted by February 15, 2008, the parties are ordered to submit one no later than February 19, 2008.

**IT IS SO ORDERED.**

Dated: February 15, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge