1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8

ROBERT JACOBSEN,

9

    Plaintiff,                            No. C 06-01905 JSW

10

    v.

11

MATTHEW KATZER and KAMIND              **ORDER DENYING PLAINTIFF'S**
ASSOCIATES, INC.,                      **MOTION FOR LIMITED EARLY**

12                                     **DISCOVERY AND MOTION TO**
                                       **STAY BRIEFING SCHEDULE**
    Defendants.

13

_____/

14
15

Now before the Court are Plaintiff's motions for limited discovery and to stay the

16

briefing schedule on Defendants' pending motion to dismiss. Having not shown good cause for

17

either request, the Court DENIES Plaintiff's motions. The opposition to Defendants' motion to

18

dismiss shall be filed no later than today, February 29, 2008. The reply brief shall be filed no

19

later than March 7, 2008.

20
21

**IT IS SO ORDERED.**

22
23

Dated: February 29, 2008                     _____

24                                           JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE

25
26
27
28