IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JACOBSEN,

    Plaintiff,

    v.

MATTHEW KATZER and KAMIND ASSOCIATES, INC.,

    Defendants.

No. C 06-01905 JSW

**ORDER SETTING STATUS CONFERENCE**

    The Court has received notice of the Federal Circuit's order reversing this Court's denial of a preliminary injunction. The Court finds that the pending motions to dismiss are now ripe for decision. Accordingly, it is HEREBY ORDERED that the parties shall appear for a status conference on **Friday, August 29, 2008 at 1:30 p.m.** The parties shall file a joint status conference statement, including the parties' position regarding the pending motions and implementation of the Federal Circuit's opinion as well as their positions regarding attending a further settlement conference, by no later than Friday, August 22, 2008.

    **IT IS SO ORDERED.**

Dated: August 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE