VICTORIA K. HALL (SBN 240702)
LAW OFFICE OF VICTORIA K. HALL
3 Bethesda Metro Suite 700
Bethesda MD 20814
Victoria@vkhall-law.com
Telephone: 301-280-5925
Facsimile: 240-536-9142

Attorney for Plaintiff ROBERT JACOBSEN

R. Scott Jerger (*pro hac vice*) (Oregon State Bar #02337)
Field Jerger LLP
610 SW Alder Street, Suite 910
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276
Email: scott@fieldjerger.com

Attorney for Defendants MATTHEW KATZER AND
KAMIND ASSOCIATES, INC.

[Additional Attorneys Listed on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT JACOBSEN, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW KATZER, an individual, and ) <br> KAMIND ASSOCIATES, INC., an Oregon ) <br> corporation dba KAM Industries, ) <br> ) <br> Defendants. ) <br> ) | No. C06-1905-JSW-JL <br><br> **STIPULATION REGARDING SHORTENING TIME FOR DISCOVERY MOTION** <br><br> Courtroom: F, 15th Floor <br> Judge: Hon. James Larson |

Plaintiff Robert Jacobsen filed a motion Friday, May 29, 2009 to change discovery limits. Defendants Matthew Katzer and KAMIND Associates, Inc. have agreed to file an opposition to the motion by Thursday, June 4, 2009. Plaintiff Robert Jacobsen will file a response by Monday, June 8, 2009. The motion is current noticed for Wednesday, July 8, 2009 at 9:30 a.m. Plaintiff seeks to

-1-
No. C06-1905-JSW-JL    STIPULATION REGARDING SHORTENING TIME FOR DISCOVERY MOTION

notice this motion for hearing on Wednesday, June 17, 2009 at 9:30am. Defendants do not object to this expedited notice for the motion hearing.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 6/2/09                    /s/

VICTORIA K. HALL (SBN 240702)
LAW OFFICE OF VICTORIA K. HALL
3 Bethesda Metro Suite 700
Bethesda MD 20814
Victoria@vkhall-law.com
Telephone: 301-280-5925
Facsimile: 240-536-9142

DAVID McGOWAN (SBN 154289)
Warren Hall
5998 Alcala Park
San Diego CA 92110
dmcgowan@sandiego.edu
Telephone: 619-260-7973
Facsimile: 619-260-2748

Attorneys for Plaintiff ROBERT JACOBSEN

DATED: 6/2/09

R. Scott Jerger (*pro hac vice*) (Oregon State Bar #02337)
Field Jerger LLP
610 SW Alder Street, Suite 910
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276
Email: scott@fieldjerger.com

John C. Gorman (CA State Bar #91515)
Gorman & Miller, P.C.
210 N 4th Street, Suite 200
San Jose, CA 95112
Tel: (408) 297-2222
Fax: (408) 297-2224
Email: jgorman@gormanmiller.com

Attorneys for Defendants MATTHEW KATZER & KAMIND ASSOCIATES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 3, 2009  _____

James Larson

United States Magistrate Judge

-3-
No. C06-1905-JSW-JL    STIPULATION REGARDING SHORTENING TIME FOR DISCOVERY MOTION