UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JACOBSEN, | No. C 06-1905 JSW (JL) |
| Plaintiff, | ORDER |
| v. | |
| MATTHEW KATZER, et al., | |
| Defendants. | |

Plaintiff's Motion for Issuance of Letters Rogatory (Letters of Request) (Docket # 315) was referred by the district court (Hon. Jeffrey S. White), pursuant to 28 U.S.C. §636(b). Defendants filed a qualified non-opposition to the motion for issuance, objecting to some of the specifications in the Letters of Request. The Court finds the matter suitable for submission without a hearing or appearance before the Court pursuant to Civil Local Rule 7-1(b). The hearing on September 23, 2009 is hereby vacated and the matter is submitted.

IT IS SO ORDERED.

DATED: August 12, 2009

_____
JAMES LARSON
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\06-1905\Order no hearing - 315.wpd