IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JACOBSEN,

    Plaintiff,

v.

MATTHEW KATZER and KAMIND ASSOCIATES, INC.,

    Defendants.

No. C 06-01905 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL COUNTERCLAIM**

This matter is set for a hearing on October 30, 2009 on Defendants' motion for leave to file first supplemental counterclaim  The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than September 4, 2009 and a reply brief shall be filed by no later than September 11, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 21, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE