R. Scott Jerger (*pro hac vice*)
Field Jerger LLP
621 SW Morrison, Suite 1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276
Email: scott@fieldjerger.com

John C. Gorman (CA State Bar #91515)
Gorman & Miller, P.C.
210 N 4th Street, Suite 200
San Jose, CA 95112
Tel: (408) 297-2222
Fax: (408) 297-2224
Email: jgorman@gormanmiller.com

Attorneys for Defendants
Matthew Katzer and Kamind Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT JACOBSEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW KATZER, an individual, KAMIND ASSOCIATES, INC., an Oregon corporation dba KAM Industries, and KEVIN RUSSELL, an individual,<br><br>Defendants. | Case Number C06-1905-JSW<br><br>Hon. Jeffrey S. White<br><br>~~[PROPOSED]~~ ORDER RE EXPERT DISCOVERY DATES |

Case Number C 06 1905 JSW
ORDER

1

After having reviewed the parties' stipulated motion and being fully advised in the premises, it is hereby **ORDERED** the existing expert discovery schedule is modified and that:

Last Day for Rebuttal Expert Disclosure:   11/20/2009

Close of Expert Discovery for Defendants:   11/20/2009

Close of Expert Discovery for Plaintiffs:   12/18/2009

All other pretrial and trial dates (including but not limited to the dispositive motion deadlines) shall remain the same as in the existing pretrial order [Dkt.#302].

Dated: October 22, 2009.

_____
Hon. Jeffrey S. White
District Court Judge

Presented by:

_____/s/ Scott Jerger_____
R. Scott Jerger (*pro hac vice*)
Field Jerger LLP
Attorney for KAM and Katzer

Case Number C 06 1905 JSW
ORDER

2