| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT JACOBSEN,<br><br>                          Plaintiff,<br><br>   v.<br><br>MATTHEW KATZER, et al.,<br><br>                        Defendants. | No. C06-1905-JSW<br><br>**STIPULATED [PROPOSED] ORDER REGARDING SUMMARY JUDGMENT BRIEFING**<br><br>Courtroom:  11, 19th Floor<br>Judge:        Hon. Jeffrey S. White<br>Date:         Fri., December 4, 2009<br>Time:        9:00 a.m. |

1  Having reviewed the parties' Stipulated Administrative Motion Regarding Summary
2  Judgment Briefing, and good cause appearing, it is hereby ordered that each party may submit a
3  reply brief not exceeding 10 pages in length, which shall be filed no later than November 20, 2009.
4
5
6  Dated: November  10 , 2009            _____
                                          The Hon. Jeffrey S. White
7
8
...
28

No. C06-1905-JSW         ADMINISTRATIVE MOTION REGARDING BRIEFING