R. Scott Jerger (*pro hac vice*)
Field Jerger LLP
621 SW Morrison, Suite 1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276
Email: scott@fieldjerger.com

John C. Gorman (CA State Bar #91515)
Gorman & Miller, P.C.
210 N 4th Street, Suite 200
San Jose, CA 95112
Tel: (408) 297-2222
Fax: (408) 297-2224
Email: jgorman@gormanmiller.com

Attorneys for Defendants
Matthew Katzer and Kamind Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT JACOBSEN, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTHEW KATZER, an individual, and KAMIND ASSOCIATES, INC., an Oregon corporation,<br><br>  Defendants. | Case Number C06-1905-JSW<br><br>Hon. Jeffrey S. White<br><br>~~[PROPOSED]~~ **ORDER RE PRETRIAL AND TRIAL SCHEDULE** |

Case Number C 06 1905 JSW
ORDER

1

After having reviewed the parties' joint motion and being fully advised in the premises, the following schedule is hereby **ORDERED**:

| | |
|---|---|
| Judicial Settlement Conference with Judge LaPorte | January 28, 2010 |
| Parties exchange proposed exhibit lists, witness lists, jury instructions, pretrial order, etc. | March 1, 2010 |
| Parties serve Motions *in limine* | April 5, 2010 |
| Parties file Joint Pretrial Order and other materials identified in the Court's guidelines for civil jury cases | April 16, 2010 |
| Pretrial Conference | May 3, 2010 at 2:00 p.m. |
| Trial (2 days): | ~~May 24, 2010~~ June 1, 2010 at 8:00 a.m. |

Dated:  December 21, 2009.

_____
Hon. Jeffrey S. White
District Court Judge

Presented by:

_____/s/ Scott Jerger
R. Scott Jerger (*pro hac vice*)
Field Jerger LLP
Attorney for KAM and Katzer

Case Number C 06 1905 JSW
ORDER

2