DAVID McGOWAN (SBN 154289)
Warren Hall
5998 Alcala Park
San Diego CA 92110
dmcgowan@sandiego.edu
Telephone: 619-260-7973
Facsimile: 619-260-2748

VICTORIA K. HALL (SBN 240702)
LAW OFFICE OF VICTORIA K. HALL
3 Bethesda Metro Suite 700
Bethesda MD 20814
Victoria@vkhall-law.com
Telephone: 301-280-5925
Facsimile: 240-536-9142

Attorneys for Plaintiff
ROBERT JACOBSEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT JACOBSEN,<br><br>                      Plaintiff,<br><br>  v.<br><br>MATTHEW KATZER, et al.,<br><br>                      Defendants. | No. C06-1905-JSW<br><br>**STIPULATED PERMANENT INJUNCTION** |

Pursuant to the parties' stipulation, and good cause appearing, the Court enters this permanent injunction as follows:

1. Defendants and any and all persons or entities acting at their direction or in concert with them, including, without limitation, their agents, employees, independent contractors, successors, or assignees, are permanently enjoined from: (1) Reproducing, by download or otherwise, JMRI Material, except that legal counsel representing Defendants may download such Material for purposes of such representation only; (2) modifying JMRI Material; or (3) distributing JMRI Material.

"JMRI Material" refers to any expression made available to the public as part of the JMRI project. The term includes but is not limited to all or any part of any version of code (executable or not), data, text, images, comments on listservs or websites, scripts or other expression used with code, or other expressive content. The term also includes the functions, methods, algorithms, or techniques such expression implements, describes, or performs.

"JMRI Material" includes the selection or arrangement by JMRI Developers of data originating with third parties, but the term does not extend to such data in its original form. In particular the term does not extend to, without limitation, data originating with model railroad equipment manufacturers or with the National Model Railroad Association.

This injunction does not extend to reproduction, modification, or distribution of data that originates from sources other than JMRI Developers. This exception to the scope of the injunction extends to, without limitation, data originating with model railroad manufacturers or with the National Model Railroad Association.

2. Defendants are permanently enjoined from registering as a trademark or domain name any mark used to designate the JMRI project or its work product, including, without limitation, "PanelPro," "DecoderPro," "SoundPro," "LocoTools," "JMRI demo," "SignalPro,"

"DispatcherPro," and "Logix." Defendants may, however, continue to use their "Computer Dispatcher Pro" mark, and this provision does not extend to such use.

SO ORDERED

Dated  February 22        , 2010                              _____
                                                              The Hon. Jeffrey S. White