R. Scott Jerger (*pro hac vice*) (Oregon State Bar #02337)
Field Jerger LLP
621 SW Morrison Street, Suite 1225
Portland, OR 97205
Tel: (503) 228-9115
Fax: (503) 225-0276
Email: scott@fieldjerger.com

John C. Gorman (CA State Bar #91515)
Gorman & Miller, P.C.
210 N 4th Street, Suite 200
San Jose, CA 95112
Tel: (408) 297-2222
Fax: (408) 297-2224
Email: jgorman@gormanmiller.com

Attorneys for Defendants
Matthew Katzer and Kamind Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT JACOBSEN, an individual, | Case Number C06-1905-JSW |
| Plaintiff, | Hon. Jeffrey S. White |
| vs. | |
| MATTHEW KATZER, an individual, and KAMIND ASSOCIATES, INC., an Oregon corporation dba KAM Industries, | **ORDER OF DISMISSAL** |
| Defendants. | |

Case Number C 06 1905 JSW
Order of Dismissal

The Court having been informed by counsel for the parties that this action has been settled, **and the permanent injunction stipulated by the parties having been entered by the Court, which retains jurisdiction to enforce the terms of that injunction, IT IS ORDERED** that this action is dismissed with prejudice and without costs or fees and with leave, upon good cause shown, to have this dismissal order set aside and the stipulated judgment entered if the settlement is not consummated. **IT IS ORDERED** that the Pretrial Conference set for May 3, 2010 and the Jury Trial set for June 1, 2010 is hereby **vacated**.

Dated this 22nd day of February, 2010.

_____
Hon. Jeffrey S. White