NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

**FILED**

MAR - 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,



Jan Horbaly
Clerk

02/22/10

cc: Clerk's Office, DCT
Victoria K. Hall
R. Scott Jerger
Daniel B. Ravicher

**FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT**

FEB 22 2010

**JAN HORBALY
CLERK**

**ISSUED AS A MANDATE:** 02/22/10

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 2/22/2010

JACOBSEN V KATZER, 2009-1221
DCT - 06-CV-1905  JSW

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2009-1221

ROBERT JACOBSEN,

                                  Plaintiff-Appellant,

v.

MATTHEW KATZER
and KAMIND ASSOCIATES, INC. (doing business as KAM Industries),

                                  Defendants-Appellees.

Appeal from the United States District Court for the Northern District of California in case no. 06-CV-1905, Judge Jeffrey S. White.

# ORDER